## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **CRIMINAL NO. _____** |
| v. | : | **DATE FILED: _____** |
| REUBEN KING | : | **VIOLATION:** |
| | : | **18 U.S.C. § 922(a)(1)(A) (dealing in** |
| | | **firearms without a license – 1 count)** |
| | : | **Notice of forfeiture** |

### INDICTMENT

### COUNT ONE

#### THE GRAND JURY CHARGES THAT:

From on or about October 24, 2019 through on or about January 12, 2022, in

Gordonville, in the Eastern District of Pennsylvania, defendant

#### REUBEN KING

willfully engaged in the business of dealing in firearms without being licensed to do so under the

provisions of Chapter 44, Title 18, United States Code.

In violation of Title 18, United States Code, Sections 922(a)(1)(A) and

924(a)(1)(D).

1

## NOTICE OF FORFEITURE

**THE GRAND JURY FURTHER CHARGES THAT:**

As a result of the violation of Title 18, United States Code, Section 922(a)(1)(A), set forth in this indictment, defendant

### REUBEN KING

shall forfeit to the United States of America all firearms and ammunition involved in the commission of such violation, including, but not limited to:

| |
|---|
| Marlin Firearms Co. 989 Rifle caliber 22 serial number 69336618 |
| Unknown Unknown Shotgun caliber unknown serial number 371449791 |
| Kassnar Imports Unknown Shotgun caliber 20 serial number 132514 |
| Savage 220 Shotgun caliber 20 serial number K798543 |
| Imperial Gun Co., Ltd. Unknown Shotgun caliber unknown serial number 21250 |
| Steven's Jr. Model 11 Rifle caliber 22 serial number none |
| Remington Arms Company, Inc. Unknown Rifle caliber 22 serial number none |
| Savage 212 Shotgun caliber 12 serial number N202306 |
| Savage 220 Shotgun caliber 20 serial number N510768 |
| Savage 220 Shotgun caliber 20 serial number K826210 |
| Remington Arms Company, Inc.41 Rifle caliber 22 serial number none |
| Savage Fox BSE Series H Shotgun caliber 20 serial number E056353 |
| Remington Arms Company, Inc. 700 Rifle caliber 7 serial number B6308406 |
| Remington Arms Company, Inc. 572 Rifle caliber 22 serial number none |
| Remington Arms Company, Inc. 870 Shotgun caliber unknown serial number W803511M |

Remington Arms Company, Inc. 121 Rifle caliber 22 serial number 31624

Winchester 1300 Ranger Shotgun caliber 20 serial number L2244010

Remington Arms Company, Inc. Unknown Rifle caliber 22 serial number 140553

Remington Arms Company, Inc. 572 Rifle caliber 22 serial number 1504922

Remington Arms Company, Inc. 511 Rifle caliber 22 serial number none

Mauser 1895 Rifle caliber 300 serial number L5837

Remington Arms Company, Inc. 722 Rifle caliber 300 serial number 171960

Savage 11 Rifle caliber 22-250 serial number G552486

Mossberg Patriot Rifle caliber 22-250 serial number MPR0040599

Unknown Unknown Rifle caliber 300 serial number 16286

Unknown Unknown Rifle caliber unknown serial number 22200

Carl Gustafs Stads 1900 Rifle caliber 30-06 serial number 74906

Unknown Unknown Rifle caliber 30-06 serial number B63764

Unknown Unknown Rifle caliber 30-06 serial number 63767

Unknown Unknown Rifle caliber 30-06 serial number B62860

Harrington and Richardson 349 Shotgun caliber 12 serial number none

Unknown Unknown Rifle caliber 22 serial number none

Marlin Firearms Co. 15 Rifle caliber 22 serial number 10693791A

Winchester 67 Rifle caliber 22 serial number none

Marlin Firearms Co. 81 Rifle caliber 22 serial number 1642

Mossberg 352KB Rifle caliber 22 serial number none

Winchester 69 Rifle caliber 22 serial number none

| |
|---|
| Carcano Model 1939 Rifle caliber 735 serial number D4689 |
| Unknown Unknown Shotgun caliber unknown serial number H6289 |
| Beretta USA Corp. Unknown Rifle caliber 6.5 serial number UL741 |
| Harrington and Richardson 349 Shotgun caliber 12 serial number none |
| Unknown Unknown Rifle caliber unknown serial number none |
| Sears Unknown Shotgun caliber 16 serial number none |
| Remington Arms Company, Inc. 760 Rifle caliber unknown serial number 69861 |
| Remington Arms Company, Inc. 870 Shotgun caliber 20 serial number D481983U |
| Smith & Wesson T/C Arms Compass Rifle caliber 7 serial number TJD0638 |
| Remington Arms Company, Inc. 722 Rifle caliber 257 serial number 197-843 |
| Remington Arms Company, Inc. 760 Rifle caliber 30-06 serial number 477143 |
| Remington Arms Company, Inc. 6 Rifle caliber 22 serial number 441536 |
| Harrington and Richardson M48 TOPPER Shotgun caliber 16 serial number 25297 |
| Remington Arms Company, Inc. 700 Rifle caliber 280 serial number B6760845 |
| Remington Arms Company, Inc. 760 Rifle caliber 300 serial number 21140 |
| Savage 16 Rifle caliber 223 serial number H586681 |
| Ucel Silver Eagle Stalker Shotgun caliber 410 serial number 0370 |
| Savage 111 Rifle caliber 7 serial number F391527 |
| Remington Arms Company, Inc. 700 Rifle caliber 30-06 serial number 6643801 |
| Ruger American Rifle caliber 7-08 serial number 690850916 |
| Weatherby Vanguard Rifle caliber 22-250 serial number VB006636 |
| Savage Access Rifle caliber 280 serial number N208403 |

| |
|---|
| Ross Rifle Co. Unknown Rifle caliber 30-06 serial number none |
| Unknown Unknown Rifle caliber unknown serial number A9122 |
| Mauser 98 Rifle caliber 30-06 serial number 6010K |
| Unknown VZ-24 Rifle caliber 30-06 serial number none |
| Savage 39 Rifle caliber 300 serial number 387188 |
| Winchester 88 Rifle caliber 308 serial number 96129 |
| Savage 99 Rifle caliber 300 serial number 770027 |
| Harrington and Richardson 176 Shotgun caliber 10 serial number AY489373 |
| Marlin Firearms Co. 50 Shotgun caliber 20 serial number 71382242 |
| Mossberg 190 Shotgun caliber 16 serial number none |
| Huglu Cooperative Silver Eagle Shotgun caliber 410 serial number 180974M |
| JC Higgins 583-1.8 Shotgun caliber 16 serial number none |
| JC Higgins 583-1.6 Shotgun caliber 12 serial number none |
| Remington Arms Company, Inc. 141 Rifle caliber 35 serial number 7421 |
| Winchester 94 Rifle caliber 32 serial number 2189604 |
| Henry Repeating Rifle Company H001L Rifle caliber 22 serial number 1144606H |
| Remington Arms Company, Inc. 572 Rifle caliber 22 serial number A1857942 |
| Winchester 94 Rifle caliber 32 serial number 983071 |
| Remington Arms Company, Inc. 760 Rifle caliber 30-06 serial number 86970476 |
| Remington Arms Company, Inc. 760 Rifle caliber 270 serial number 7337772 |
| Remington Arms Company, Inc. 760 Rifle caliber 30-06 serial number 529538 |
| Remington Arms Company, Inc. 760 Rifle caliber 30-06 serial number A7111307 |

| |
|---|
| Remington Arms Company, Inc. 760 Rifle caliber 30-06 serial number 333624 |
| Remington Arms Company, Inc. 740 Rifle caliber 30-06 serial number 38998 |
| Remington Arms Company, Inc. 760 Rifle caliber 300 serial number 25482 |
| Marlin Firearms Co. 25 Rifle caliber 22 serial number 27478737 |
| Stevens 15-A Rifle caliber 22 serial number none |
| Winchester 6722 Rifle caliber 22 serial number none |
| Springfield Armory, Geneseo, IL 53 Rifle caliber unknown serial number none |
| Winchester 68 Rifle caliber 22 serial number none |
| Ranger Arms, Inc. 103-2 Rifle caliber 22 serial number none |
| Marlin Firearms Co. 81 Rifle caliber 22 serial number none |
| Winchester 68 Rifle caliber 22 serial number none |
| Savage 93 Rifle caliber 22 serial number 2096674 |
| Unknown Unknown Rifle caliber unknown serial number H1040 |
| Unknown Unknown Rifle caliber unknown serial number 2435 |
| Carcano 1891 Roma Rifle caliber unknown serial number 4509 |
| Mauser 98 Rifle caliber 25-284 serial number none |
| Unknown Unknown Rifle caliber unknown serial number 20914 |
| Savage 93R17 Rifle caliber 17 serial number 2207027 |
| Remington Arms Company, Inc. M887 Shotgun caliber 12 serial number ARM082064 |
| Mossberg 835 Shotgun caliber 12 serial number UM919464 |
| Winchester 42-410-3 Rifle caliber unknown serial number 66254 |
| Mossberg 500 Shotgun caliber 12 serial number G481920 |

| |
|---|
| Winchester 70 Rifle caliber 220 serial number 289713 |
| Mossberg 35 Rifle caliber 22 serial number none |
| Mossberg 340KA Rifle caliber 22 serial number none |
| Remington Arms Company, Inc. 141 Rifle caliber 35 serial number 60062 |
| Loewe 1895 Rifle caliber unknown serial number B5965 |
| Mossberg 185D Shotgun caliber 20 serial number none |
| Mossberg Unknown Shotgun caliber 12 serial number none |
| Savage 220 Shotgun caliber 20 serial number N251261 |
| Mossberg 802 Rifle caliber unknown serial number HHL050959 |
| Mossberg 183D Shotgun caliber 410 serial number none |
| Remington Arms Company, Inc. 760 Rifle caliber 35 serial number B7217597 |
| Mossberg 395KB Shotgun caliber 12 serial number 192046 |
| Mossberg 152 Rifle caliber 22 serial number none |
| Mossberg 195KA Shotgun caliber 12 serial number none |
| Mossberg 183DB Shotgun caliber 410 serial number none |
| Ruger 10/22 Rifle caliber 22 serial number 255-84564 |
| Wards Hercules DS50 Shotgun caliber unknown serial number 5100 |
| Mossberg Unknown Shotgun caliber 410 serial number K069120 |
| Mossberg 190KB Shotgun caliber 16 serial number none |
| Mossberg 195KA Shotgun caliber 12 serial number none |
| Marlin Firearms Co. Unknown Shotgun caliber 12 serial number 4545 |
| Winchester 1200 Shotgun caliber 12 serial number L1030706 |

| |
|---|
| High Standard Unknown Shotgun caliber 20 serial number 3162488 |
| Winchester 67 Rifle caliber22 serial number none |
| Mossberg 151K Rifle caliber 22 serial number none |
| Mossberg 500E Shotgun caliber 410 serial number none |
| Winchester 94 Rifle caliber 30-30 serial number 3812146 |
| Winchester 12 Shotgun caliber 16 serial number 289140 |
| Mossberg 146B Rifle caliber 22 serial number none |
| Mossberg 200K Shotgun caliber 12 serial number none |
| New England Firearms Ultra Slug Shotgun caliber 20 serial number NW344117 |
| New England Firearms Unknown Rifle caliber 243 serial number NG337993 |
| Harrington and Richardson 865 Rifle caliber 22 serial number AH307306 |
| Mossberg 183DE Shotgun caliber 410 serial number none |
| Hawthorne M825 Rifle caliber 22 serial number none |
| Remington Arms Company, Inc. Sportsman Shotgun caliber 12 serial number 201283V |
| Winchester 70 Rifle caliber 243 serial number 715262 |
| Mossberg 142A Rifle caliber 22 serial number none |
| Mossberg 190 Shotgun caliber 16 serial number none |
| Mossberg 46M Rifle caliber 22 serial number none |
| Mossberg 46M Rifle caliber 22 serial number none |
| Mossberg 200K Shotgun caliber 12 serial number none |
| Mossberg 85D Shotgun caliber 20 serial number none |
| Mossberg 185D Shotgun caliber 20 serial number none |

| |
|---|
| Marlin Firearms Co. Unknown Rifle caliber 22 serial number C2268 |
| Mossberg 342KB Rifle caliber 22 serial number none |
| Mossberg 46 Rifle caliber 22 serial number none |
| Mossberg 46B Rifle caliber 22 serial number none |
| Winchester 77 Rifle caliber 22 serial number 49865 |
| Savage 58 C Shotgun caliber 410 serial number A004765 |
| Browning B80 SL Shotgun caliber 12 serial number 421PY06684 |
| Thompson/Center Arms Co. Venture Rifle caliber 243 serial number U098044 |
| Iver Johnson 2X Rifle caliber 22 serial number none |
| Mossberg 346BA Rifle caliber 22 serial number none |
| S-Beam Precision Products, LTD MB3 Shotgun caliber 12 serial number 0518230101092411 |
| Henry Repeating Rifle Company H001 Lever Action Rifle caliber 22 serial number 20593 |
| Rossi M4122B Rifle caliber 22 serial number SP617240 |
| Mossberg 173 Shotgun caliber 410 serial number none |
| Wards Western Field 390B Rifle caliber 22 serial number none |
| Remington Arms Company, Inc. Unknown Shotgun caliber 12 serial number 2000 |
| Remington Arms Company, Inc. 550-1 Rifle caliber 22 serial number 1314302 |
| Mossberg 800C Rifle caliber 22-250 serial number 610311 |
| Marlin Firearms Co. 55 Shotgun caliber 16 serial number none |
| Mossberg 42TR Rifle caliber 22 serial number none |
| Winchester 59 Shotgun caliber 12 serial number 48655 |

| |
|---|
| Winchester 1300 Shotgun caliber 20 serial number L2539566 |
| Ruger American Rifle caliber 22 serial number 833-25920 |
| High Standard K1211 Shotgun caliber 12 serial number none |
| Germany 98 Rifle caliber unknown serial number 1275 |
| Mossberg 185K Shotgun caliber 20 serial number none |
| Winchester 88 Rifle caliber 308 serial number 30881 |
| New England Firearms Pardner Shotgun caliber 12 serial number NS 254239 |
| Mauser Unknown Rifle caliber 275 serial number none |
| Mossberg 500B Shotgun caliber 16 serial number none |
| Ithaca Gun Co. 49 Rifle caliber 22 serial number none |
| Mossberg 173A Shotgun caliber 410 serial number none |
| Mossberg 380 Rifle caliber 22 serial number M28270 |
| Winchester 54 Rifle caliber 22 serial number 30796A |
| Mossberg 351CB Rifle caliber 22 serial number 37899B |
| Mossberg 600ET Shotgun caliber 410 serial number H811657 |
| Winchester 370 Shotgun caliber 12 serial number C108464 |
| Remington Arms Company, Inc. 700 Rifle caliber 243 serial number A6225875 |
| Remington Arms Company, Inc. 870 Shotgun caliber 16 serial number S776229W |
| Iver Johnson X Rifle caliber 22 serial number none |
| Lefever Unknown Shotgun caliber 20 serial number 191904 |
| C2 Tactical, LLC 452.2E Rifle caliber 17 serial number A468669 |
| CZ (Ceska Zbrojovka) CZ452-2E ZKM America Rifle caliber 17 serial number 831673 |

| |
|---|
| Remington Arms Company, Inc. 742 Rifle caliber 30-06 serial number A7025380 |
| Russian M44 Rifle caliber .762 serial number 004939 |
| Ithaca Gun Co. 37 Shotgun caliber 20 serial number 194993 |
| New England Firearms JB2 Shotgun caliber 10 serial number NB346488 |
| Unknown Unknown Rifle caliber 308 serial number L709 |
| Savage 110C Rifle caliber 30-06 serial number D025716 |
| Ithaca Gun Co. Field Grade Shotgun caliber 12 serial number 460405 |
| Ithaca Gun Co. Deerslayer Shotgun caliber 12 serial number MAG-870035175 |
| New England Firearms Pardner Shotgun caliber 20 serial number NV342425 |
| Premier Pawn, LLC (Premier Firearms) Unknown Rifle caliber unknown serial number 4A |
| Marlin Firearms Co. 17 Shotgun caliber 12 serial number 146425 |
| Ruger M77 Rifle caliber unknown serial number 77-54325 |
| Unknown 1903A3 Rifle caliber 3n/08 serial number 5013439 |
| Deutsche Waffen & Munitions Fabriken 1908 Rifle caliber .270 serial number 3060 |
| Ithaca Gun Co. XL900 Shotgun caliber 20 serial number S2905375 |
| JC Higgins 45 Rifle caliber 30/30 serial number R35719 |
| Ithaca Gun Co. 37R Shotgun caliber 12 serial number 711622-2 |
| Ruger M77 Rifle caliber 222 serial number 784-57904 |
| Hamilton Rifle Co. 47 Rifle caliber 22 serial number none |
| Ithaca Gun Co. 66 Shotgun caliber 410 serial number 131127 |
| Remington Arms Company, Inc. 14 Rifle caliber 35 serial number 104976 |
| Winchester 12 Shotgun caliber 12 serial number 1122346 |

| |
|---|
| Marlin Firearms Co. 989 Rifle caliber 22 serial number none |
| Harrington and Richardson Ultra Rifle caliber 7 serial number A9134 |
| Mossberg 835 Shotgun caliber 12 serial number UM741835 |
| Mossberg 600AT Shotgun caliber 12 serial number H259463 |
| Lefever Nitro Special Shotgun caliber 12 serial number 292063 |
| Winchester 94 Rifle caliber 30-30 serial number 2292925 |
| Mossberg 500AG Shotgun caliber 12 serial number H836663 |
| Marlin Firearms Co. 25 Rifle caliber 22 serial number 18690798 |
| Browning Sweet Sixteen Shotgun caliber 16 serial number X93279 |
| Mossberg 640KA Rifle caliber 22 serial number none |
| Mossberg Unknown Shotgun caliber 20 serial number L116322 |
| Unknown Unknown Rifle caliber unknown serial number 31196 |
| Unknown Unknown Shotgun caliber 16 serial number C44804 |
| Savage Axis Rifle caliber 243 serial number J494213 |
| Savage Unknown Rifle caliber 22 serial number 206612 |
| Winchester 9422M Rifle caliber 22 serial number F659118 |
| Savage 22-410 Rifle caliber 22 serial number none |
| Winchester 04-22 Rifle caliber 22 serial number none |
| Sears Eastern Arms 5100 Shotgun caliber 20 serial number none |
| Mossberg 146B Rifle caliber 22 serial number none |
| Mossberg 44 Rifle caliber 22 serial number none |
| Winchester 290 Rifle caliber 22 serial number B816018 |

| |
|---|
| Remington Arms Company, Inc. Unknown Rifle caliber 22 serial number 2229911 |
| Springfield Armory, Geneseo, IL 50 Rifle caliber 22 serial number none |
| Riverside Arms Unknown Shotgun caliber 12 serial number none |
| L C Smith Unknown Shotgun caliber 12 serial number 30194 |
| Mossberg 640KA Rifle caliber 22 serial number none |
| Winchester 1917 Rifle caliber unknown serial number 134205 |
| Winchester 250 Rifle caliber 22 serial number 487680 |
| Savage Arms Inc. (CD) Unknown Shotgun/Rifle caliber 20 serial number none |
| Marlin Firearms Co. 512 Shotgun caliber 12 serial number 51203108 |
| Browning 12 Deer Special Shotgun caliber 12 serial number 17359MR121 |
| Winchester 37 Shotgun caliber 16 serial number none |
| Wards Western Field Unknown Shotgun caliber 20 serial number none |
| Mossberg 140K Rifle caliber 22 serial number none |
| Stevens 94 Shotgun caliber 20 serial number none |
| Mossberg 640KA Rifle caliber 22 serial number none |
| Remington Arms Company, Inc. 14 Rifle caliber 35 serial number C93275 |
| Winchester 12 Shotgun caliber 12 serial number 427066 |
| Mossberg 200K Shotgun caliber 12 serial number none |
| Mossberg 195 Shotgun caliber 12 serial number none |
| Mossberg 42M Rifle caliber 22 serial number none |
| Mossberg 190 Shotgun caliber 12 serial number none |
| Mossberg 320K Rifle caliber 22 serial number none |

| |
|---|
| Remington Arms Company, Inc. 11-48 Shotgun caliber 410 serial number 4128838 |
| Germany Unknown Rifle caliber 22 serial number none |
| Mossberg 183D-B Rifle caliber 410 serial number none |
| Winchester 270 Rifle caliber 22 serial number none |
| Mossberg Unknown Shotgun caliber 20 serial number P187644 |
| Sears Roebuck 101.100 Shotgun caliber 12 serial number none |
| Mossberg 190KA Shotgun caliber 12 serial number none |
| Winchester 1890 Rifle caliber 22 serial number 250790 |
| Winchester 1200 Shotgun caliber 12 serial number L619750 |
| Mossberg 341 Rifle caliber 22 serial number 825327 |
| Mossberg 42MB Rifle caliber 22 serial number none |
| Winchester 12 Shotgun caliber 16 serial number 1061815 |
| New England Firearms Pardner Shotgun caliber 12 serial number NV500551 |
| Mossberg 640T Rifle caliber 22 serial number 1070263 |
| Iver Johnson X Rifle caliber 22 serial number none |
| Harrington and Richardson Double Action Revolver caliber unknown serial number 146732 |
| Savage 24C Shotgun caliber 20 serial number D531136 |
| Weatherby Vanguard Rifle caliber 7 serial number VB009763 |
| Winchester 370 Shotgun caliber 12 serial number C109535 |
| Mossberg 640KC Rifle caliber 22 serial number 277522 |
| Savage Mark II Rifle caliber 22 serial number 378572 |

| |
|---|
| Winchester 1300 XTR Shotgun caliber 12 serial number LX057228 |
| Winchester 72A Rifle caliber 22 serial number none |
| Sears "Ted Williams" M-200 Shotgun caliber 12 serial number P235669 |
| Savage Unknown Rifle caliber unknown serial number 268019 |
| Lefever Nitro Special Shotgun caliber 12 serial number 199102 |
| Ithaca Gun Co. 37 Shotgun caliber 12 serial number none |
| Ross Rifle Co. Unknown Shotgun caliber unknown serial number SP845008 |
| Savage 99 Rifle caliber unknown serial number 295030 |
| Savage 775A Shotgun caliber 12 serial number 248703 |
| J. Stevens Arms Repeating Rifle caliber 22 serial number C839 |
| Stevens Unknown Rifle caliber unknown serial number none |
| Liberty Arms Works Unknown Revolver caliber unknown serial number none |
| Winchester 70 Rifle caliber 264 serial number 916742 |
| Savage Springfield Stevens Unknown Shotgun caliber 16 serial number none |
| Mossberg 385KB Shotgun caliber unknown serial number 394134 |
| CBC (Companhia Braziliera De Cartuchos) 702 Plinkster Rifle caliber 22 serial number EGJ301699 |
| Silver Eagle Stalker Shotgun caliber 410 serial number 18.1239 IC |
| Mossberg 185D Shotgun caliber 20 serial number none |
| Sears Unknown Rifle caliber 410 serial number none |
| Winchester 190 Rifle caliber 22 serial number B1783712 |
| Savage 29B Rifle caliber 22 serial number none |

| |
|---|
| Winchester 1902 Rifle caliber 22 serial number none |
| Winchester 67 Rifle caliber 22 serial number none |
| Savage Unknown Rifle caliber 22 serial number 324600 |
| Winchester 06 Rifle caliber 22 serial number 658263 |
| Mossberg 40 Rifle caliber 22 serial number none |
| Stevens Arms Springfield Shotgun caliber 12 serial number none |
| Marlin Firearms Co. 922M Rifle caliber 22 serial number 922M5922 |
| Remington Arms Company, Inc. 552 Rifle caliber 22 serial number B1564990 |
| Savage Arms Inc. (CD) Unknown Shotgun caliber 410/22 serial number none |
| Unknown Unknown Shotgun caliber unknown serial number A810 |
| Savage 9478 Shotgun caliber 20 serial number E832544 |
| Savage 67E Shotgun caliber 12 serial number D807448 |
| Steven Arms 22 Shotgun caliber 410 serial number none |
| Ruger M77 Rifle caliber 25-06 serial number 70-81622 |
| Mossberg W42B Rifle caliber 22 serial number none |
| Winchester 60A Rifle caliber 22 serial number none |
| Unknown Unknown Shotgun caliber 12 serial number G326172 |
| Savage 99 Rifle caliber 243 serial number 1022780 |
| Mossberg 500 Shotgun caliber 20 serial number T906932 |
| Mossberg 44B Rifle caliber 22 serial number none |
| Iver Johnson X Rifle caliber 22 serial number none |
| Savage 311 Shotgun caliber 12 serial number none |

| |
|---|
| Winchester 69A Rifle caliber 22 serial number none |
| Savage 110L-H Shotgun caliber 270 serial number 127312 |
| Mossberg 44 Rifle caliber 22 serial number none |
| Savage 94F Shotgun caliber unknown serial number none |
| Marlin Firearms Co. Golden 39A Rifle caliber 22 serial number 22275471 |
| Savage 67 Series B Shotgun caliber 16 serial number A948523 |
| Stevens Arms Unknown Rifle caliber 25 serial number N0635 |
| Winchester 50 Shotgun caliber 12 serial number 72058 |
| Savage Unknown Rifle caliber 300 serial number 392804 |
| Winchester 141 Rifle caliber 22 serial number none |
| Savage Unknown Rifle caliber 30 serial number 34366 |
| GECO 1919 Rifle caliber 22 serial number none |
| Ithaca Gun Co. 49 Rifle caliber 22 serial number 221124 |
| Remington Arms Company, Inc. 552 Rifle caliber 22 serial number 249449 |
| Ranger Arms, Inc. Unknown Shotgun caliber 12 serial number A9097 |
| Armscor of the Philippines (Squires Bingham) 14Y Rifle caliber 22 serial number A808355 |
| Ithaca Gun Co. 72 Rifle caliber 22 serial number 72001368 |
| Keystone Arms Unknown Shotgun caliber 12 serial number 515528 |
| Montgomery Ward Hercules Shotgun caliber 12 serial number none |
| Savage 24J Rifle caliber 22 serial number A121702 |
| Mossberg 346B Rifle caliber 22 serial number none |

| |
|---|
| Unknown Unknown Rifle caliber 22 serial number none |
| Mossberg 183DA Shotgun caliber 410 serial number none |
| Stevens Arms Crack Shot Rifle caliber 22 serial number Y368 |
| Winchester 94 Rifle caliber 32 serial number 2400519 |
| Winchester 94 Rifle caliber 30 serial number L300945 |
| Winchester 1400 MKII Shotgun caliber 20 serial number 409609 |
| Savage 99F Rifle caliber 308 serial number 1079386 |
| Mossberg 352KB Rifle caliber 22 serial number none |
| Winchester 94 Rifle caliber 30-30 serial number 1736965 |
| Stevens Arms Little Scout Rifle caliber 22 serial number none |
| Mossberg 83 Shotgun caliber 410 serial number none |
| Winchester 1200 Shotgun caliber 12 serial number 196974 |
| Savage 940 Shotgun caliber 16 serial number P759138 |
| Stevens Arms Unknown Rifle caliber 22 serial number K72 |
| Harrington and Richardson 158 Shotgun caliber 12 serial number AH308959 |
| Savage Unknown Rifle caliber 22 serial number 50074 |
| Stevens Arms Springfield Shotgun caliber 12 serial number none |
| Savage 340D Rifle caliber 222 serial number 178913 |
| Savage 940 Shotgun caliber 16 serial number none |
| Browning Medallion Rifle caliber 30-06 serial number 01499PP217 |
| Mossberg 26B Rifle caliber 22 serial number none |
| Savage 62 Rifle caliber 22 serial number 2737468 |

| |
|---|
| Sears 101 Shotgun caliber 16 serial number none |
| Savage 110 Rifle caliber 30-06 serial number 128911 |
| Savage 6A Rifle caliber 22 serial number none |
| Savage 170 Rifle caliber 30-30 serial number A952798 |
| Harrington and Richardson Topper 98 Shotgun caliber 16 serial number HG402714 |
| Remington Arms Company, Inc. 700 LH Rifle caliber 30-06 serial number E6424211 |
| Browning Invector Shotgun caliber .410 serial number 13082MP121 |
| Ruger 10/22 Rifle caliber 22 serial number 0018-79188 |
| Gibb's Rifle Co. Inc. (Martinsburg, WV) Midland Backpack Rifle caliber 410 serial number 17MBD00279 |
| Remington Arms Company, Inc. 72 Rifle caliber Z57 serial number 291190 |
| Mossberg 260 Rifle caliber 22 serial number none |
| Remington Arms Company, Inc. Unknown Shotgun caliber 12 serial number U72108 |
| Winchester 1400 Shotgun caliber 12 serial number N665474 |
| Stevens 240 Shotgun caliber 410 serial number none |
| Winchester 270 Rifle caliber 22 serial number 131359 |
| Ted Williams 200 Shotgun caliber unknown serial number P351122 |
| Mossberg 352KC Rifle caliber 22 serial number none |
| Remington Arms Company, Inc. 341 Rifle caliber 22 serial number none |
| Savage 99 Rifle caliber 303 serial number 277562 |
| Winchester 37 Shotgun caliber 12 serial number none |
| Winchester 100 Rifle caliber 308 serial number 44169 |

| |
|---|
| Mossberg 151K Rifle caliber 22 serial number none |
| J. C. Higgins 583-1101 Shotgun caliber 20 serial number none |
| Savage 1899 Rifle caliber 30-30 serial number 107917 |
| Mossberg 3510 Rifle caliber 22 serial number none |
| Lewis Arms Company 50 Rifle caliber 22 serial number none |
| Savage Stevens 770 Shotgun caliber 16 serial number none |
| Ithaca Gun Co. 37 Shotgun caliber 12 serial number 371363701 |
| Unknown Unknown Rifle caliber 22 serial number none |
| Mossberg 385KB Shotgun caliber 20 serial number 495576 |
| Mossberg 195 Shotgun caliber 12 serial number none |
| Winchester 12 Shotgun caliber 16 serial number 1310570 |
| Mossberg 190 Shotgun caliber 16 serial number none |
| Winchester 60A Rifle caliber 22 serial number none |
| Winchester Unknown Rifle caliber 351 serial number 42383 |
| Savage 63 Rifle caliber 22 serial number none |
| Winchester Unknown Rifle caliber 22 serial number none |
| Savage Stevens 258A Shotgun caliber 20 serial number none |
| Winchester 94 Rifle caliber 30-30 serial number 2196176 |
| Winchester 67 Rifle caliber 22 serial number none |
| Mossberg 395KA Shotgun caliber 12 serial number none |
| Winchester Unknown Shotgun caliber 12 serial number 984396 |
| Mossberg 185D Shotgun caliber 20 serial number none |

| |
|---|
| Savage 99 Rifle caliber unknown serial number 310147 |
| Mossberg 195KA Shotgun caliber 12 serial number none |
| JC Higgins 583 Shotgun caliber 12 serial number none |
| Noble Mfg. Co. 66J Shotgun caliber 12 serial number none |
| Mossberg 144 Rifle caliber 22 serial number none |
| Remington Arms Company, Inc. 11-87 Shotgun caliber 12 serial number PC231378 |
| Mossberg 85D Shotgun caliber 20 serial number none |
| Savage 110CL Rifle caliber 243 serial number A668037 |
| Mossberg 190 Shotgun caliber 16 serial number none |
| Winchester 37 Shotgun caliber 16 serial number none |
| Savage 250-3000 Rifle caliber unknown serial number 405080 |
| Winchester 94 CENTENNIAL Rifle caliber 30-30 serial number 87721 |
| Savage Axis Rifle caliber 243 serial number K168344 |
| Mossberg 44 Rifle caliber 22 serial number none |
| Mossberg 835 Shotgun caliber 12 serial number UM0016577 |
| Savage 24 Rifle caliber 22/410 serial number none |
| Marlin Firearms Co. 336 Rifle caliber 30-30 serial number 22004552 |
| Boito/ER Amantino/IGA Unknown Shotgun caliber 20 serial number 13351 |
| Ruger 10/22 Rifle caliber 22 serial number 113-51171 |
| Harrington and Richardson 058 Rifle caliber 30-30 serial number AM387239 |
| Enfield NO4MK1/3 Rifle caliber unknown serial number 732-4953918 |
| Marlin Firearms Co. 30AS Rifle caliber 30-30 serial number 15054205 |

| |
|---|
| Winchester 24 Shotgun caliber 12 serial number 19356 |
| Savage 93R17 Rifle caliber 17 serial number 0701762 |
| Kessler Arms Corporation 30 Shotgun caliber 12 serial number none |
| Harrington and Richardson Unknown Shotgun caliber unknown serial number 3865 |
| Revelation (Western Auto) 310B Shotgun caliber 16 serial number none |
| Winchester Win-Lite Shotgun caliber 12 serial number 1322 |
| Savage STEVENS 5100 Shotgun caliber 16 serial number none |
| Winchester 1300 RANGER Shotgun caliber 20 serial number L2241691 |
| Mossberg 183D Rifle caliber 410 serial number none |
| Savage 1899 Rifle caliber 303 serial number 246648 |
| Savage 24V Series D Combination Gun caliber 222/20 serial number E166494 |
| Mossberg 26B Rifle caliber 22 serial number none |
| Sears/JC Higgins 46 Rifle caliber 22 serial number none |
| Mossberg 500A Shotgun caliber 12 serial number none |
| Winchester 71 Rifle caliber 348 serial number 34050 |
| Stevens Arms 66C Rifle caliber unknown serial number none |
| Stevens 94 Rifle caliber 410 serial number none |
| Preduzfce 98 Rifle caliber unknown serial number E6308 |
| Wards Western Field 46B Rifle caliber 22 serial number none |
| Mossberg 352KB Rifle caliber 22 serial number none |
| Steven Arms 311 Shotgun caliber 20 serial number none |
| Hembrug 1905 Rifle caliber unknown serial number 4161D |

| |
|---|
| Mossberg 346KC Rifle caliber 22 serial number 346200 |
| Harrington and Richardson 120 Shotgun caliber 16 serial number none |
| Ranger 105-20 Shotgun caliber 16 serial number none |
| Mossberg 85B Shotgun caliber 20 serial number none |
| J. Steven Arms 240 Shotgun caliber 410 serial number none |
| Mossberg 142A Rifle caliber 22 serial number none |
| Savage B Shotgun caliber 20 serial number A631644 |
| Mossberg 290A Shotgun caliber 16 serial number none |
| Marlin Firearms Co. Unknown Rifle caliber 22 serial number none |
| Winchester 77 Rifle caliber 22 serial number none |
| Remington Arms Company, Inc. 41 Rifle caliber 22 serial number none |
| Mossberg 85 Shotgun caliber 20 serial number none |
| Marlin Firearms Co. 336 Rifle caliber 30-30 serial number 25182534 |
| Mossberg 390KA Shotgun caliber 16 serial number none |
| Unknown Enders Special Service Shotgun caliber 20 serial number 18618 |
| Winchester 3T Rifle caliber 22 serial number R213627 |
| Hoban Target Rifle caliber 22 serial number none |
| Winchester 94 Rifle caliber 30-30 serial number 2257128 |
| Winchester 77 Rifle caliber 22 serial number 19839 |
| J.C. Higgins 583 Shotgun caliber 12 serial number none |
| Mossberg 342KA Rifle caliber 22 serial number none |
| Mossberg 340M Rifle caliber 22 serial number none |

| |
|---|
| Mossberg 342K Rifle caliber 22 serial number none |
| Mossberg 695 Shotgun caliber 12 serial number M152273 |
| Mossberg 185KA Shotgun caliber 20 serial number none |
| Mossberg 342KA Rifle caliber 22 serial number none |
| Unknown Unknown Shotgun caliber 12 serial number 536544 |
| Mossberg 695 Shotgun caliber 12 serial number M006326 |
| New England Firearms Unknown Rifle caliber 30-30 serial number NM335822 |
| Westernfield M895 Rifle caliber 22 serial number none |
| Keystone Sporting Arms Unknown Shotgun caliber 12 serial number A466985 |
| Savage 67E Shotgun caliber 410 serial number E574737 |
| Savage Axis Rifle caliber 350 serial number P232384 |
| Savage Axis Rifle caliber 350 serial number P232398 |
| Savage Axis Rifle caliber 350 serial number P232414 |
| Savage Axis Rifle caliber 350 serial number P232424 |
| Savage Axis Rifle caliber 350 serial number P232412 |
| Savage Axis Rifle caliber 350 serial number P257564 |
| Savage Axis Rifle caliber 350 serial number P260069 |
| Savage Axis Rifle caliber 350 serial number P257569 |
| Savage Axis Rifle caliber 350 serial number P196195 |
| Savage Axis Rifle caliber 350 serial number P232381 |
| Savage Axis Rifle caliber 350 serial number P232409 |
| Savage Axis Rifle caliber 350 serial number P232418 |

| |
|---|
| Raptor Arms Co., Inc. Unknown Rifle caliber unknown serial number 8726 |
| Savage B Shotgun caliber 12 serial number none |
| Remington Arms Company, Inc. 700 Rifle caliber 65 serial number RR19809L |
| Smith & Wesson T/C Arms Compass II Rifle caliber 6.5 serial number TJJ4146 |
| Savage 940 Shotgun caliber 20 serial number P529142 |
| Savage 24 Combination Gun caliber 22/410 serial number none |
| Winchester Ranger Rifle caliber 30-30 serial number 5606927 |
| Savage 840E Rifle caliber 30-30 serial number A427677 |
| Mossberg Patriot Rifle caliber 65 serial number MPR0270360 |
| Mossberg Patriot Rifle caliber 7-08 serial number MPR0341611 |
| Savage Axis Rifle caliber 25-06 serial number H480962 |
| Marlin Firearms Co. X7 Rifle caliber 308 serial number MM44630S |
| Sears 45 Rifle caliber 35 serial number Z31656 |
| Unknown Unknown Rifle caliber 22 serial number 3662 |
| Unknown Unknown Rifle caliber 222 serial number none |
| Mossberg 320B Rifle caliber 22 serial number none |
| New England Firearms Pardner Shotgun caliber 410 serial number NH521711 |
| Mossberg 500A1 Shotgun caliber 12 serial number L905745 |
| Remington Arms Company, Inc. 581 Rifle caliber 22 serial number 1039357 |
| Ruger American Rifle caliber 450 serial number 690857852 |
| Turkey Unknown Shotgun caliber 410 serial number 14 0143 |
| Remington Arms Company, Inc. 870 Shotgun caliber 28 serial number A902717J |

| |
|---|
| Harrington and Richardson 490 Shotgun caliber 20 serial number AL231043 |
| Harrington and Richardson 158 Shotgun caliber 20 serial number AL222736 |
| Ruger 10/22 Rifle caliber 22 serial number 0013-00253 |
| Winchester 370 Shotgun caliber 12 serial number 097611 |
| Davenport, W.H., Firearms CO. Unknown Shotgun caliber 12 serial number none |
| Savage Rascal Rifle caliber 22 serial number 2566628 |
| Marlin Firearms Co. 90 Shotgun caliber 16 serial number G1819 |
| Tikka - (Oy Tikkakoski Ab) T3 Rifle caliber 30-06 serial number A69258 |
| Taurus International Circuit Judge Rifle caliber 45/410 serial number FR6015 |
| Lefever Nitro Special Shotgun caliber 12 serial number 195575 |
| Unknown Unknown Shotgun caliber unknown serial number 371534700 |
| Unknown Unknown Unknown caliber unknown serial number 38306 |
| Boito/ER Amantino/IGA Uplander Shotgun caliber 28 serial number S74161-07 |
| Marlin Firearms Co. 336 Rifle caliber 30-30 serial number 69131171 |
| Mossberg 46M Rifle caliber 22 serial number none |
| Ted Williams 100 Rifle caliber 30-30 serial number V116249 |
| Unknown 98 Rifle caliber unknown serial number none |
| Marlin Firearms Co. 336 Rifle caliber 35 serial number J32862 |
| New England Firearms Pardner Shotgun caliber 10 serial number NK447338 |
| Carcano 1939 Rifle caliber 7.35 serial number V7821 |
| Remington Arms Company, Inc. 760 Rifle caliber 280 serial number 358204 |
| Smith & Wesson 686 Revolver caliber 357 serial number AFR1400 |

| |
|---|
| New England Firearms Pardner Shotgun caliber 12 serial number NU213757 |
| Mossberg 800B Rifle caliber 243 serial number 8813 |
| Savage Axis Rifle caliber 350 serial number P232389 |
| Savage Axis Rifle caliber 350 serial number P198514 |
| Savage Axis Rifle caliber 350 serial number P232387 |
| Savage Axis Rifle caliber 350 serial number P196185 |
| Savage Axis Rifle caliber 350 serial number P196202 |
| Savage Axis Rifle caliber 350 serial number P232420 |
| Savage Axis Rifle caliber 350 serial number P232401 |
| Savage Axis Rifle caliber 350 serial number P232422 |
| Savage Axis Rifle caliber 350 serial number P232428 |
| Savage Axis Rifle caliber 350 serial number P196189 |
| Savage Axis Rifle caliber 350 serial number P232416 |
| Savage Axis Rifle caliber 350 serial number P232426 |
| Savage Axis Rifle caliber 350 serial number P232430 |
| Savage Axis Rifle caliber 350 serial number P196192 |
| Remington Arms Company, Inc. 700 Rifle caliber 30-06 serial number C6303390 |
| Marlin Firearms Co. Unknown Rifle caliber 22 serial number none |
| Connecticut Valley Arms (BP Firearms LLC) Unknown Rifle caliber unknown serial number 610601384611 |
| Unknown Unknown Rifle caliber 7x57 serial number 8841 |
| Savage 220 Shotgun caliber 20 serial number H378716 |

27

| |
|---|
| Mossberg 500 Shotgun caliber 20 serial number V0310662 |
| Carcano 1819 Rifle caliber 6.5 serial number IK9005 |
| Angelo Zoli VT Italy Shotgun caliber 12 serial number 102841 |
| Savage 22 Combination Gun caliber 410 serial number none |
| Mossberg Patriot Rifle caliber 243 serial number MPR0340962 |
| Brescia Armas 1919 Rifle caliber unknown serial number BI2958 |
| Harrington and Richardson 158 Rifle caliber 30-30 serial number 19645 |
| Marlin Firearms Co. 336 Rifle caliber 30-30 serial number 20025998 |
| Keystone Sporting Arms Unknown Rifle caliber unknown serial number 18781 |
| Mossberg 679 Rifle caliber 30-30 serial number 1222921 |
| Savage Axis Rifle caliber 270 serial number K606706 |
| Weatherby VANGUARD VGX Rifle caliber 270 serial number VX045J0 |
| Smith & Wesson T/C Arms Venture Rifle caliber 270 serial number U297106 |
| Hunter Arms Co. LC Smith Shotgun caliber 12 serial number FWS37538 |
| Ruger American Rifle caliber 243 serial number 690487622 |
| Marlin Firearms Co. 336 Rifle caliber 30-30 serial number 7091694 |
| Remington Arms Company, Inc. 700 Rifle caliber 22-250 serial number 6834520 |
| Ruger American Rifle caliber 65 serial number 691004006 |
| JC Higgins 10-17 Shotgun caliber 16 serial number none |
| Stevens 22-410 Combination Gun caliber 22/410 serial number none |
| Ruger 10/22 Rifle caliber 22 serial number 82160870 |
| Unknown 6.5x55 Swede Rifle caliber unknown serial number none |

| |
|---|
| Winchester 37 Shotgun caliber 16 serial number none |
| New England Firearms Handi Rifle caliber 243 serial number NW202720 |
| Parker Bros. Makers Inc. 602 Rifle caliber 7 serial number P61554 |
| Savage BMAG Rifle caliber 17 serial number J238107 |
| Silver Eagle Stalker Shotgun caliber 410 serial number 18.0425 |
| Silver Eagle Stalker Shotgun caliber 410 serial number 17.0409 |
| Silver Eagle Stalker Shotgun caliber 410 serial number 17.0080 |
| Silver Eagle Stalker Shotgun caliber 410 serial number 18.0079 |
| Silver Eagle Stalker Shotgun caliber 410 serial number 18.0148 |
| Silver Eagle Stalker Shotgun caliber 410 serial number 18.0402 |
| Silver Eagle Stalker Shotgun caliber 410 serial number 18.0891 |
| Silver Eagle Stalker Shotgun caliber 410 serial number 17.0481 |
| Silver Eagle Stalker Shotgun caliber 410 serial number 18.0725C |
| Silver Eagle Stalker Shotgun caliber 410 serial number 17.0200 |
| Silver Eagle Stalker Shotgun caliber 410 serial number 15.0204 |
| Silver Eagle Stalker Shotgun caliber 410 serial number 18.4460 |
| Silver Eagle Stalker Shotgun caliber 410 serial number 184439 |
| Gibb's Rifle Co. Inc. (Martinsburg, WV) Midland Backpack Shotgun caliber 410 serial number 18MBD01851 |
| Silver Eagle Stalker Shotgun caliber 20 serial number 17Y293 |
| Silver Eagle Stalker Shotgun caliber 410 serial number 150138 |
| Huglu Cooperative Silver Eagle Stalker Shotgun caliber 20 serial number 17Y104 |

| |
|---|
| Smith & Wesson T/C Arms Venture Rifle caliber 7 serial number U204548 |
| Remington Arms Company, Inc. 700 Rifle caliber 22-250 serial number G6681861 |
| Savage Axis Rifle caliber 243 serial number N891945 |
| Remington Arms Company, Inc. 31L Shotgun caliber 20 serial number 582540 |
| Remington Arms Company, Inc. 11-48 Shotgun caliber 28 serial number 4007963 |
| Remington Arms Company, Inc. 770 Rifle caliber 300 serial number H70019457 |
| Remington Arms Company, Inc. 870 Shotgun caliber 16 serial number 557716W |
| Remington Arms Company, Inc. 870 Shotgun caliber 20 serial number T105360X |
| Marlin Firearms Co. 60SS Rifle caliber 22 serial number 06273999 |
| Remington Arms Company, Inc. 11-48 Shotgun caliber 16 serial number 5536341 |
| Marlin Firearms Co. 336CS Rifle caliber 30-30 serial number 14022229, and |
| 10585 rounds of assorted ammunition |

All pursuant to Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 924(d).

**A TRUE BILL:**

JACQUELINE C. ROMERO
**United States Attorney**

30

*No.*_ _ _ _ _ _ _ _ _ _

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

REUBEN KING

INDICTMENT

18 U.S.C. § 922(a)(1)(A) (dealing in firearms without a license – 1 count)
Notice of forfeiture

Filed in open court this ___**28**___ day,
Of____**June**____ A.D. 20__**22**____

Clerk

Bail, $_____