# EXHIBIT A

## NOTICE OF UNLICENSED FIREARMS DEALING IN VIOLATION OF FEDERAL LAW

Reuben King
167 West Cattail Road
Gordonville, PA 17529

HAND DELIVERED

Dear Mr. King:

Recently your participation in the purchase and sale of firearms has come to the attention of the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF). ATF is responsible for enforcement of the Federal firearms laws and, as part of that duty, ATF licenses those persons lawfully dealing in firearms and prevents unlicensed dealing in violation of Federal law. We seek the cooperative efforts of the general public in fulfilling this mandate.

Your firearms activity appears to bring you within the definition of a dealer in firearms as that term is defined by the Gun Control Act. A "dealer" in firearms includes persons engaged in the business of buying and selling firearms at wholesale and retail. A person engages in business as a dealer in firearms by devoting time, attention, and labor to dealing in firearms as a regular course of trade or business with the principal objective of livelihood and profit through the repetitive purchase and resale of firearms. See 18 U.S.C. § 921(a)(21)(C). A person convicted of unlawfully engaging in the business of dealing in firearms without a license is subject to imprisonment for not more than 5 years and/or a fine of up to $250,000.

This letter serves to officially advise you to cease and desist engaging in the business of dealing in firearms until you have sought and obtained a Federal firearms license. A Federal firearms license would authorize the purchase and resale of firearms from a licensed business premises. Continued activity without the required license could result in a recommendation for criminal prosecution.

An Application for License, ATF Form 7, may be obtained from the ATF Distribution Center by calling (301) 583-4696, or by placing an order for an application at www.atf.gov.

Sincerely yours,

*Special Agent in Charge*

Served on the 11 day of June, 2020, by Nicholas Grsham, Special Agent, Bureau of Alcohol, Tobacco, Firearms and Explosives at 167 W. Cattail Rd Gordonville, PA

I hereby acknowledge receipt of this notice:

Reuben S. King
Signature

6/11/20
Date