UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

UNITED STATES OF AMERICA      :
                              :
         v.                   :   No. 5:22-cr-00215-001
                              :
REUBEN KING,                  :
         Defendant            :
_____

**O R D E R**

**AND NOW**, this 14th day of December, 2022, upon consideration of Defendant's Motion to Dismiss Indictment, the Government's Response, and for the reasons stated in the Opinion issued this date, **IT IS HEREBY ORDERED THAT** the Motion, ECF No. 21, is **DENIED**.

BY THE COURT:

/s/ Joseph F. Leeson, Jr.
JOSEPH F. LEESON, JR.
United States District Judge