UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No. 5:22-cr-00215-001 |
| | : | |
| REUBEN KING, | : | |
|       Defendant | : | |

**O R D E R**

**AND NOW**, this 31st day of July, 2023, upon consideration of Defendant's Motion to Set Aside Verdict or Alternatively, Renewed Motion to Dismiss Indictment, the Government's Response, King's Reply, and for the reasons stated in the Opinion issued this date, **IT IS HEREBY ORDERED THAT** the Motion, ECF No. 55, is **DENIED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge