L20-cr-AO 245B (Rev. 09/19)                                                    Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

Eastern District of Pennsylvania

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
| **v.** | ) | |
| | ) | |
| REUBEN KING | ) | Case Number:     DPAE5:22CR00215-001 |
| | ) | USMS Number:   10208-510 |
| | ) | Robert E. Barnes, Esq. |
| | ) | Defendant's Attorney |

## THE DEFENDANT:

☐ pleaded guilty to count(s) _____

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☒ was found guilty on count(s)    1
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18:922(a)(1)(A) and 924(a)(1)(D) | Dealing in firearms without a license | January 12, 2022 | 1 |

The defendant is sentenced as provided in pages 2 through ___17___ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is  ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

January 23, 2024
Date of Imposition of Judgment

/s/ Joseph F. Leeson, Jr.
Signature of Judge

Joseph F. Leeson, Jr.
United States District Judge

Date Signed: January 25, 2024

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
                        Sheet 4—Probation

Judgment—Page ___2___ of ___17___

DEFENDANT:        Reuben King
CASE NUMBER:      22-cr-215-001

## PROBATION

You are hereby sentenced to probation for a term of:

Thirty-six (36) months as to count 1 of the Indictment.

## MANDATORY CONDITIONS

1.  You must not commit another federal, state or local crime.
2.  You must not possess a weapon or other dangerous device.
3.  You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as determined by the court.

    ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*

4.  ☒ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
5.  ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq*.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
6.  ☐ You must participate in an approved program for domestic violence. *(check if applicable)*
7.  ☐ You must make restitution in accordance with 18 U.S.C. §§ 2248, 2259, 2264, 2327, 3663, 3663A, and 3664. *(check if applicable)*
8.  You must pay the assessment imposed in accordance with 18 U.S.C. § 3013.
9.  If this judgment imposes a fine, you must pay in accordance with the Schedule of Payments sheet of this judgment.
10. You must notify the court of any material change in your economic circumstances that might affect your ability to pay restitution.

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
Sheet 4A — Probation

Judgment—Page ___3___ of ___17___

DEFENDANT: Reuben King
CASE NUMBER: 22-cr-215-001

# STANDARD CONDITIONS OF SUPERVISION

As part of your probation, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer. You must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon [i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus ("nunchucks") or tasers].
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____    Date _____

AO 245B (Rev. 09/19)     Judgment in a Criminal Case
                         Sheet 4D — Probation

Judgment—Page ___4___ of ___17___

DEFENDANT:        Reuben King
CASE NUMBER:      22-cr-215-001

## SPECIAL CONDITIONS OF SUPERVISION

1. The defendant shall provide the U.S. Probation Office with full disclosure of his financial records to include yearly income tax returns upon the request of the U.S. Probation Office. The defendant shall cooperate with the probation officer in the investigation of his financial dealings and shall provide truthful monthly statements of his income.

2. The defendant is prohibited from incurring any new credit charges or opening additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with a payment schedule for any fine obligation. The defendant shall not encumber or liquidate interest in any assets unless it is in direct service of the fine obligation or otherwise has the express approval of the Court.

3. The defendant shall satisfy the amount due in monthly installments of not less than $1,500, to commence 30 days after the entry of judgment.

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
          Sheet 5 — Criminal Monetary Penalties

Judgment — Page __5__ of __17__

DEFENDANT:          Reuben King
CASE NUMBER:        22-cr-215-001

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| TOTALS | $ 100 | $ 0.00 | $ 35,000.00 | $ 0.00 | $ 0.00 |

☐   The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐   The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

   If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below.  However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| | | | |

| TOTALS | $ _____ | $ _____ | |
|---|---|---|---|

☐   Restitution amount ordered pursuant to plea agreement  $ _____

☐   The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f).  All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☒   The court determined that the defendant does not have the ability to pay interest and it is ordered that:

   ☒   the interest requirement is waived for   ☒ fine   ☐ restitution.

   ☐   the interest requirement for   ☐ fine   ☐ restitution is modified as follows:

* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
** Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
*** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1985, but before April 23, 1996.

AO 245B    (Rev. 09/19)    Judgment in a Criminal Case
Sheet 6 — Schedule of Payments

Judgment — Page ___6___ of ___17___

DEFENDANT:         Reuben King
CASE NUMBER:       22-cr-215-001

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A**  ☒  Lump sum payment of $ ___35,100.00___  due immediately, balance due

      ☐  not later than _____ , or
      ☒  in accordance with  ☐  C   ☐  D,   ☐  E, or   ☒  F below; or

**B**  ☐  Payment to begin immediately (may be combined with   ☐C,   ☐ D, or   ☐ F below); or

**C**  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of  $ _____ over a period of
      _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D**  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of  $ _____ over a period of
      _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a
      term of supervision; or

**E**  ☐  Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from
      imprisonment.  The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F**  ☒  Special instructions regarding the payment of criminal monetary penalties:

      The defendant shall satisfy the amount due in monthly installments of not less than $1,500, to commence 30 days after the entry
      of judgment.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment.  All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐   Joint and Several

Case Number
Defendant and Co-Defendant Names
*(including defendant number)*

| | Total Amount | Joint and Several Amount | Corresponding Payee if appropriate |
|---|---|---|---|
| | | | |

☐   The defendant shall pay the cost of prosecution.
☐   The defendant shall pay the following court cost(s):
☒   The defendant shall forfeit the defendant's interest in the following property to the United States:
    1 Marlin Firearms Co. 989 Rifle caliber 22 serial number 69336618
    2 Unknown Unknown Shotgun caliber unknown serial number 371449791
    3 Kassnar Imports Unknown Shotgun caliber 20 serial number 132514
    4 Savage 220 Shotgun caliber 20 serial number K798543
    5 Imperial Gun Co., Ltd. Unknown Shotgun caliber unknown serial number 21250
    6 Steven's Jr. Model 11 Rifle caliber 22 serial number none

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 6B — Schedule of Payments

Judgment—Page ___7___ of ___17___

DEFENDANT:        Reuben King
CASE NUMBER:      22-cr-215

## ADDITIONAL FORFEITED PROPERTY

7 Remington Arms Company, Inc. Unknown Rifle caliber 22 serial number none
8 Savage 212 Shotgun caliber 12 serial number N202306
9 Savage 220 Shotgun caliber 20 serial number N510768
10 Savage 220 Shotgun caliber 20 serial number K826210
11 Remington Arms Company, Inc.41 Rifle caliber 22 serial number none
12 Savage Fox BSE Series H Shotgun caliber 20 serial number E056353
13 Remington Arms Company, Inc. 700 Rifle caliber 7 serial number B6308406
14 Remington Arms Company, Inc. 572 Rifle caliber 22 serial number none
15 Remington Arms Company, Inc. 870 Shotgun caliber unknown serial number W803511M
16 Remington Arms Company, Inc. 121 Rifle caliber 22 serial number 31624
17 Winchester 1300 Ranger Shotgun caliber 20 serial number L2244010
18 Remington Arms Company, Inc. Unknown Rifle caliber 22 serial number 140553
19 Remington Arms Company, Inc. 572 Rifle caliber 22 serial number 1504922
20 Remington Arms Company, Inc. 511 Rifle caliber 22 serial number none
21 Mauser 1895 Rifle caliber 300 serial number L5837
22 Remington Arms Company, Inc. 722 Rifle caliber 300 serial number 171960
23 Savage 11 Rifle caliber 22-250 serial number G552486
24 Mossberg Patriot Rifle caliber 22-250 serial number MPR0040599
25 Unknown Unknown Rifle caliber 300 serial number 16286
26 Unknown Unknown Rifle caliber unknown serial number 22200
27 Carl Gustafs Stads 1900 Rifle caliber 30-06 serial number 74906
28 Unknown Unknown Rifle caliber 30-06 serial number B63764
29 Unknown Unknown Rifle caliber 30-06 serial number 63767
30 Unknown Unknown Rifle caliber 30-06 serial number B62860
31 Harrington and Richardson 349 Shotgun caliber 12 serial number none
32 Unknown Unknown Rifle caliber 22 serial number none
33 Marlin Firearms Co. 15 Rifle caliber 22 serial number 10693791A
34 Winchester 67 Rifle caliber 22 serial number none
35 Marlin Firearms Co. 81 Rifle caliber 22 serial number 1642
36 Mossberg 352KB Rifle caliber 22 serial number none
37 Winchester 69 Rifle caliber 22 serial number none
38 Carcano Model 1939 Rifle caliber 735 serial number D4689
39 Unknown Unknown Shotgun caliber unknown serial number H6289
40 Beretta USA Corp. Unknown Rifle caliber 6.5 serial number UL741
41 Harrington and Richardson 349 Shotgun caliber 12 serial number none
42 Unknown Unknown Rifle caliber unknown serial number none
43 Sears Unknown Shotgun caliber 16 serial number none
44 Remington Arms Company, Inc. 760 Rifle caliber unknown serial number 69861
45 Remington Arms Company, Inc. 870 Shotgun caliber 20 serial number D481983U
46 Smith & Wesson T/C Arms Compass Rifle caliber 7 serial number TJD0638
47 Remington Arms Company, Inc. 722 Rifle caliber 257 serial number 197-843
48 Remington Arms Company, Inc. 760 Rifle caliber 30-06 serial number 477143
49 Remington Arms Company, Inc. 6 Rifle caliber 22 serial number 441536
50 Harrington and Richardson M48 TOPPER Shotgun caliber 16 serial number 25297
51 Remington Arms Company, Inc. 700 Rifle caliber 280 serial number B6760845
52 Remington Arms Company, Inc. 760 Rifle caliber 300 serial number 21140
53 Savage 16 Rifle caliber 223 serial number H586681
54 Ucel Silver Eagle Stalker Shotgun caliber 410 serial number 0370
55 Savage 111 Rifle caliber 7 serial number F391527
56 Remington Arms Company, Inc. 700 Rifle caliber 30-06 serial number 6643801
57 Ruger American Rifle caliber 7-08 serial number 690850916
58 Weatherby Vanguard Rifle caliber 22-250 serial number VB006636
59 Savage Access Rifle caliber 280 serial number N208403
60 Ross Rifle Co. Unknown Rifle caliber 30-06 serial number none
61 Unknown Unknown Rifle caliber unknown serial number A9122

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
                       Sheet 6B — Schedule of Payments

Judgment—Page ___8___ of ___17___

DEFENDANT:          Reuben King
CASE NUMBER:        22-cr-215

# ADDITIONAL FORFEITED PROPERTY

62 Mauser 98 Rifle caliber 30-06 serial number 6010K
63 Unknown VZ-24 Rifle caliber 30-06 serial number none
64 Savage 39 Rifle caliber 300 serial number 387188
65 Winchester 88 Rifle caliber 308 serial number 96129
66 Savage 99 Rifle caliber 300 serial number 770027
67 Harrington and Richardson 176 Shotgun caliber 10 serial number AY489373
68 Marlin Firearms Co. 50 Shotgun caliber 20 serial number 71382242
69 Mossberg 190 Shotgun caliber 16 serial number none
70 Huglu Cooperative Silver Eagle Shotgun caliber 410 serial number 180974M
71 JC Higgins 583-1.8 Shotgun caliber 16 serial number none
72 JC Higgins 583-1.6 Shotgun caliber 12 serial number none
73 Remington Arms Company, Inc. 141 Rifle caliber 35 serial number 7421
74 Winchester 94 Rifle caliber 32 serial number 2189604
75 Henry Repeating Rifle Company H001L Rifle caliber 22 serial number 1144606H
76 Remington Arms Company, Inc. 572 Rifle caliber 22 serial number A1857942
77 Winchester 94 Rifle caliber 32 serial number 983071
78 Remington Arms Company, Inc. 760 Rifle caliber 30-06 serial number 86970476
79 Remington Arms Company, Inc. 760 Rifle caliber 270 serial number 7337772
80 Remington Arms Company, Inc. 760 Rifle caliber 30-06 serial number 529538
81 Remington Arms Company, Inc. 760 Rifle caliber 30-06 serial number A7111307
82 Remington Arms Company, Inc. 760 Rifle caliber 30-06 serial number 333624
83 Remington Arms Company, Inc. 740 Rifle caliber 30-06 serial number 38998
84 Remington Arms Company, Inc. 760 Rifle caliber 300 serial number 25482
85 Marlin Firearms Co. 25 Rifle caliber 22 serial number 27478737
86 Stevens 15-A Rifle caliber 22 serial number none
87 Winchester 6722 Rifle caliber 22 serial number none
88 Springfield Armory, Geneseo, IL 53 Rifle caliber unknown serial number none
89 Winchester 68 Rifle caliber 22 serial number none
90 Ranger Arms, Inc. 103-2 Rifle caliber 22 serial number none
91 Marlin Firearms Co. 81 Rifle caliber 22 serial number none
92 Winchester 68 Rifle caliber 22 serial number none
93 Savage 93 Rifle caliber 22 serial number 2096674
94 Unknown Unknown Rifle caliber unknown serial number H1040
95 Unknown Unknown Rifle caliber unknown serial number 2435
96 Carcano 1891 Roma Rifle caliber unknown serial number 4509
97 Mauser 98 Rifle caliber 25-284 serial number none
98 Unknown Unknown Rifle caliber unknown serial number 20914
99 Savage 93R17 Rifle caliber 17 serial number 2207027
100 Remington Arms Company, Inc. M887 Shotgun caliber 12 serial number ARM082064
101 Mossberg 835 Shotgun caliber 12 serial number UM919464
102 Winchester 42-410-3 Rifle caliber unknown serial number 66254
103 Mossberg 500 Shotgun caliber 12 serial number G481920
104 Winchester 70 Rifle caliber 220 serial number 289713
105 Mossberg 35 Rifle caliber 22 serial number none
106 Mossberg 340KA Rifle caliber 22 serial number none
107 Remington Arms Company, Inc. 141 Rifle caliber 35 serial number 60062
108 Loewe 1895 Rifle caliber unknown serial number B5965
109 Mossberg 185D Shotgun caliber 20 serial number none
110 Mossberg Unknown Shotgun caliber 12 serial number none
111 Savage 220 Shotgun caliber 20 serial number N251261
112 Mossberg 802 Rifle caliber unknown serial number HHL050959
113 Mossberg 183D Shotgun caliber 410 serial number none
114 Remington Arms Company, Inc. 760 Rifle caliber 35 serial number B7217597
115 Mossberg 395KB Shotgun caliber 12 serial number 192046

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 6B — Schedule of Payments

Judgment—Page   9   of   17

DEFENDANT:        Reuben King
CASE NUMBER:      22-cr-215

## ADDITIONAL FORFEITED PROPERTY

116 Mossberg 152 Rifle caliber 22 serial number none
117 Mossberg 195KA Shotgun caliber 12 serial number none
118 Mossberg 183DB Shotgun caliber 410 serial number none
119 Ruger 10/22 Rifle caliber 22 serial number 255-84564
120 Wards Hercules DS50 Shotgun caliber unknown serial number 5100
121 Mossberg Unknown Shotgun caliber 410 serial number K069120
122 Mossberg 190KB Shotgun caliber 16 serial number none
123 Mossberg 195KA Shotgun caliber 12 serial number none
124 Marlin Firearms Co. Unknown Shotgun caliber 12 serial number 4545
125 Winchester 1200 Shotgun caliber 12 serial number L1030706
126 High Standard Unknown Shotgun caliber 20 serial number 3162488
127 Winchester 67 Rifle caliber22 serial number none
128 Mossberg 151K Rifle caliber 22 serial number none
129 Mossberg 500E Shotgun caliber 410 serial number none
130 Winchester 94 Rifle caliber 30-30 serial number 3812146
131 Winchester 12 Shotgun caliber 16 serial number 289140
132 Mossberg 146B Rifle caliber 22 serial number none
133 Mossberg 200K Shotgun caliber 12 serial number none
134 New England Firearms Ultra Slug Shotgun caliber 20 serial number NW344117
135 New England Firearms Unknown Rifle caliber 243 serial number NG337993
136 Harrington and Richardson 865 Rifle caliber 22 serial number AH307306
137 Mossberg 183DE Shotgun caliber 410 serial number none
138 Hawthorne M825 Rifle caliber 22 serial number none
139 Remington Arms Company, Inc. Sportsman Shotgun caliber 12 serial number 201283V
140 Winchester 70 Rifle caliber 243 serial number 715262
141 Mossberg 142A Rifle caliber 22 serial number none
142 Mossberg 190 Shotgun caliber 16 serial number none
143 Mossberg 46M Rifle caliber 22 serial number none
144 Mossberg 46M Rifle caliber 22 serial number none
145 Mossberg 200K Shotgun caliber 12 serial number none
146 Mossberg 85D Shotgun caliber 20 serial number none
147 Mossberg 185D Shotgun caliber 20 serial number none
148 Marlin Firearms Co. Unknown Rifle caliber 22 serial number C2268
149 Mossberg 342KB Rifle caliber 22 serial number none
150 Mossberg 46 Rifle caliber 22 serial number none
151 Mossberg 46B Rifle caliber 22 serial number none
152 Winchester 77 Rifle caliber 22 serial number 49865
153 Savage 58 C Shotgun caliber 410 serial number A004765
154 Browning B80 SL Shotgun caliber 12 serial number 421PY06684
155 Thompson/Center Arms Co. Venture Rifle caliber 243 serial number U098044
156 Iver Johnson 2X Rifle caliber 22 serial number none
157 Mossberg 346BA Rifle caliber 22 serial number none
158 S-Beam Precision Products, LTD MB3 Shotgun caliber 12 serial number 0518230101092411
159 Henry Repeating Rifle Company H001 Lever Action Rifle caliber 22 serial number 20593
160 Rossi M4122B Rifle caliber 22 serial number SP617240
161 Mossberg 173 Shotgun caliber 410 serial number none
162 Wards Western Field 390B Rifle caliber 22 serial number none
163 Remington Arms Company, Inc. Unknown Shotgun caliber 12 serial number 2000
164 Remington Arms Company, Inc. 550-1 Rifle caliber 22 serial number 1314302
165 Mossberg 800C Rifle caliber 22-250 serial number 610311
166 Marlin Firearms Co. 55 Shotgun caliber 16 serial number none
167 Mossberg 42TR Rifle caliber 22 serial number none
168 Winchester 59 Shotgun caliber 12 serial number 48655
169 Winchester 1300 Shotgun caliber 20 serial number L2539566
170 Ruger American Rifle caliber 22 serial number 833-25920

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 6B — Schedule of Payments

Judgment—Page    10    of    17

DEFENDANT:          Reuben King
CASE NUMBER:     22-cr-215

# ADDITIONAL FORFEITED PROPERTY

171 High Standard K1211 Shotgun caliber 12 serial number none
172 Germany 98 Rifle caliber unknown serial number 1275
173 Mossberg 185K Shotgun caliber 20 serial number none
174 Winchester 88 Rifle caliber 308 serial number 30881
175 Mauser Unknown Rifle caliber 275 serial number none
176 Mossberg 500B Shotgun caliber 16 serial number none
177 Ithaca Gun Co. 49 Rifle caliber 22 serial number none
178 Mossberg 173A Shotgun caliber 410 serial number none
179 Mossberg 380 Rifle caliber 22 serial number M28270
180 Winchester 54 Rifle caliber 22 serial number 30796A
181 Mossberg 351CB Rifle caliber 22 serial number 37899B
182 Mossberg 600ET Shotgun caliber 410 serial number H811657
183 Winchester 370 Shotgun caliber 12 serial number C108464
184 Remington Arms Company, Inc. 700 Rifle caliber 243 serial number A6225875
185 Remington Arms Company, Inc. 870 Shotgun caliber 16 serial number S776229W
186 Iver Johnson X Rifle caliber 22 serial number none
187 Lefever Unknown Shotgun caliber 20 serial number 191904
188 C2 Tactical, LLC 452.2E Rifle caliber 17 serial number A468669
189 CZ (Ceska Zbrojovka) CZ452-2E ZKM America Rifle caliber 17 serial number 831673
190 Remington Arms Company, Inc. 742 Rifle caliber 30-06 serial number A7025380
191 Russian M44 Rifle caliber .762 serial number 004939
192 Ithaca Gun Co. 37 Shotgun caliber 20 serial number 194993
193 New England Firearms JB2 Shotgun caliber 10 serial number NB346488
194 Unknown Unknown Rifle caliber 308 serial number L709
195 Savage 110C Rifle caliber 30-06 serial number D025716
196 Ithaca Gun Co. Field Grade Shotgun caliber 12 serial number 460405
197 Ithaca Gun Co. Deerslayer Shotgun caliber 12 serial number MAG-870035175
198 New England Firearms Pardner Shotgun caliber 20 serial number NV342425
199 Premier Pawn, LLC (Premier Firearms) Unknown Rifle caliber unknown serial number 4A
200 Marlin Firearms Co. 17 Shotgun caliber 12 serial number 146425
201 Ruger M77 Rifle caliber unknown serial number 77-54325
202 Unknown 1903A3 Rifle caliber 3n/08 serial number 5013439
203 Deutsche Waffen & Munitions Fabriken 1908 Rifle caliber .270 serial number 3060
204 Ithaca Gun Co. XL900 Shotgun caliber 20 serial number S2905375
205 JC Higgins 45 Rifle caliber 30/30 serial number R35719
206 Ithaca Gun Co. 37R Shotgun caliber 12 serial number 711622-2
207 Ruger M77 Rifle caliber 222 serial number 784-57904
208 Hamilton Rifle Co. 47 Rifle caliber 22 serial number none
209 Ithaca Gun Co. 66 Shotgun caliber 410 serial number 131127
210 Remington Arms Company, Inc. 14 Rifle caliber 35 serial number 104976
211 Winchester 12 Shotgun caliber 12 serial number 1122346
212 Marlin Firearms Co. 989 Rifle caliber 22 serial number none
213 Harrington and Richardson Ultra Rifle caliber 7 serial number A9134
214 Mossberg 835 Shotgun caliber 12 serial number UM741835
215 Mossberg 600AT Shotgun caliber 12 serial number H259463
216 Lefever Nitro Special Shotgun caliber 12 serial number 292063
217 Winchester 94 Rifle caliber 30-30 serial number 2292925
218 Mossberg 500AG Shotgun caliber 12 serial number H836663
219 Marlin Firearms Co. 25 Rifle caliber 22 serial number 18690798
220 Browning Sweet Sixteen Shotgun caliber 16 serial number X93279
221 Mossberg 640KA Rifle caliber 22 serial number none
222 Mossberg Unknown Shotgun caliber 20 serial number L116322
223 Unknown Unknown Rifle caliber unknown serial number 31196

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
                        Sheet 6B — Schedule of Payments

DEFENDANT:          Reuben King
CASE NUMBER:        22-cr-215

## ADDITIONAL FORFEITED PROPERTY

224 Unknown Unknown Shotgun caliber 16 serial number C44804
225 Savage Axis Rifle caliber 243 serial number J494213
226 Savage Unknown Rifle caliber 22 serial number 206612
227 Winchester 9422M Rifle caliber 22 serial number F659118
228 Savage 22-410 Rifle caliber 22 serial number none
229 Winchester 04-22 Rifle caliber 22 serial number none
230 Sears Eastern Arms 5100 Shotgun caliber 20 serial number none
231 Mossberg 146B Rifle caliber 22 serial number none
232 Mossberg 44 Rifle caliber 22 serial number none
233 Winchester 290 Rifle caliber 22 serial number B816018
234 Remington Arms Company, Inc. Unknown Rifle caliber 22 serial number 2229911
235 Springfield Armory, Geneseo, IL 50 Rifle caliber 22 serial number none
236 Riverside Arms Unknown Shotgun caliber 12 serial number none
237 L C Smith Unknown Shotgun caliber 12 serial number 30194
238 Mossberg 640KA Rifle caliber 22 serial number none
239 Winchester 1917 Rifle caliber unknown serial number 134205
240 Winchester 250 Rifle caliber 22 serial number 487680
241 Savage Arms Inc. (CD) Unknown Shotgun/Rifle caliber 20 serial number none
242 Marlin Firearms Co. 512 Shotgun caliber 12 serial number 51203108
243 Browning 12 Deer Special Shotgun caliber 12 serial number 17359MR121
244 Winchester 37 Shotgun caliber 16 serial number none
245 Wards Western Field Unknown Shotgun caliber 20 serial number none
246 Mossberg 140K Rifle caliber 22 serial number none
247 Stevens 94 Shotgun caliber 20 serial number none
248 Mossberg 640KA Rifle caliber 22 serial number none
249 Remington Arms Company, Inc. 14 Rifle caliber 35 serial number C93275
250 Winchester 12 Shotgun caliber 12 serial number 427066
251 Mossberg 200K Shotgun caliber 12 serial number none
252 Mossberg 195 Shotgun caliber 12 serial number none
253 Mossberg 42M Rifle caliber 22 serial number none
254 Mossberg 190 Shotgun caliber 12 serial number none
255 Mossberg 320K Rifle caliber 22 serial number none
256 Remington Arms Company, Inc. 11-48 Shotgun caliber 410 serial number 4128838
257 Germany Unknown Rifle caliber 22 serial number none
258 Mossberg 183D-B Rifle caliber 410 serial number none
259 Winchester 270 Rifle caliber 22 serial number none
260 Mossberg Unknown Shotgun caliber 20 serial number P187644
261 Sears Roebuck 101.100 Shotgun caliber 12 serial number none
262 Mossberg 190KA Shotgun caliber 12 serial number none
263 Winchester 1890 Rifle caliber 22 serial number 250790
264 Winchester 1200 Shotgun caliber 12 serial number L619750
265 Mossberg 341 Rifle caliber 22 serial number 825327
266 Mossberg 42MB Rifle caliber 22 serial number none
267 Winchester 12 Shotgun caliber 16 serial number 1061815
268 New England Firearms Pardner Shotgun caliber 12 serial number NV500551
269 Mossberg 640T Rifle caliber 22 serial number 1070263
270 Iver Johnson X Rifle caliber 22 serial number none
271 Savage 24C Shotgun caliber 20 serial number D531136
272 Weatherby Vanguard Rifle caliber 7 serial number VB009763
273 Winchester 370 Shotgun caliber 12 serial number C109535
274 Mossberg 640KC Rifle caliber 22 serial number 277522
275 Savage Mark II Rifle caliber 22 serial number 378572
276 Winchester 1300 XTR Shotgun caliber 12 serial number LX057228
277 Winchester 72A Rifle caliber 22 serial number none
278 Sears "Ted Williams" M-200 Shotgun caliber 12 serial number P235669
279 Savage Unknown Rifle caliber unknown serial number 268019
280 Lefever Nitro Special Shotgun caliber 12 serial number 199102
281 Ithaca Gun Co. 37 Shotgun caliber 12 serial number none

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 6B — Schedule of Payments

DEFENDANT:        Reuben King
CASE NUMBER:      22-cr-215

## ADDITIONAL FORFEITED PROPERTY

282 Ross Rifle Co. Unknown Shotgun caliber unknown serial number SP845008
283 Savage 99 Rifle caliber unknown serial number 295030
284 Savage 775A Shotgun caliber 12 serial number 248703
285 J. Stevens Arms Repeating Rifle caliber 22 serial number C839
286 Stevens Unknown Rifle caliber unknown serial number none
287 Winchester 70 Rifle caliber 264 serial number 916742
288 Savage Springfield Stevens Unknown Shotgun caliber 16 serial number none
289 Mossberg 385KB Shotgun caliber unknown serial number 394134
290 CBC (Companhia Braziliera De Cartuchos) 702 Plinkster Rifle caliber 22 serial number
EGJ301699
291 Silver Eagle Stalker Shotgun caliber 410 serial number 18.1239 IC
292 Mossberg 185D Shotgun caliber 20 serial number none
293 Sears Unknown Rifle caliber 410 serial number none
294 Winchester 190 Rifle caliber 22 serial number B1783712
295 Savage 29B Rifle caliber 22 serial number none
296 Winchester 1902 Rifle caliber 22 serial number none
297 Winchester 67 Rifle caliber 22 serial number none
298 Savage Unknown Rifle caliber 22 serial number 324600
299 Winchester 06 Rifle caliber 22 serial number 658263
300 Mossberg 40 Rifle caliber 22 serial number none
301 Stevens Arms Springfield Shotgun caliber 12 serial number none
302 Marlin Firearms Co. 922M Rifle caliber 22 serial number 922M5922
303 Remington Arms Company, Inc. 552 Rifle caliber 22 serial number B1564990
304 Savage Arms Inc. (CD) Unknown Shotgun caliber 410/22 serial number none
305 Unknown Unknown Shotgun caliber unknown serial number A810
306 Savage 9478 Shotgun caliber 20 serial number E832544
307 Savage 67E Shotgun caliber 12 serial number D807448
308 Steven Arms 22 Shotgun caliber 410 serial number none
309 Ruger M77 Rifle caliber 25-06 serial number 70-81622
310 Mossberg W42B Rifle caliber 22 serial number none
311 Winchester 60A Rifle caliber 22 serial number none
312 Unknown Unknown Shotgun caliber 12 serial number G326172
313 Savage 99 Rifle caliber 243 serial number 1022780
314 Mossberg 500 Shotgun caliber 20 serial number T906932
315 Mossberg 44B Rifle caliber 22 serial number none
316 Iver Johnson X Rifle caliber 22 serial number none
317 Savage 311 Shotgun caliber 12 serial number none
318 Winchester 69A Rifle caliber 22 serial number none
319 Savage 110L-H Shotgun caliber 270 serial number 127312
320 Mossberg 44 Rifle caliber 22 serial number none
321 Savage 94F Shotgun caliber unknown serial number none
322 Marlin Firearms Co. Golden 39A Rifle caliber 22 serial number 22275471
323 Savage 67 Series B Shotgun caliber 16 serial number A948523
324 Stevens Arms Unknown Rifle caliber 25 serial number N0635
325 Winchester 50 Shotgun caliber 12 serial number 72058
326 Savage Unknown Rifle caliber 300 serial number 392804
327 Winchester 141 Rifle caliber 22 serial number none
328 Savage Unknown Rifle caliber 30 serial number 34366
329 GECO 1919 Rifle caliber 22 serial number none
330 Ithaca Gun Co. 49 Rifle caliber 22 serial number 221124
331 Remington Arms Company, Inc. 552 Rifle caliber 22 serial number 249449
332 Ranger Arms, Inc. Unknown Shotgun caliber 12 serial number A9097
333 Armscor of the Philippines (Squires Bingham) 14Y Rifle caliber 22 serial number
A808355
334 Ithaca Gun Co. 72 Rifle caliber 22 serial number 72001368
335 Keystone Arms Unknown Shotgun caliber 12 serial number 515528
336 Montgomery Ward Hercules Shotgun caliber 12 serial number none
337 Savage 24J Rifle caliber 22 serial number A121702
338 Mossberg 346B Rifle caliber 22 serial number none

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
                        Sheet 6B — Schedule of Payments

Judgment—Page __13__ of __17__

DEFENDANT:        Reuben King
CASE NUMBER:      22-cr-215

# ADDITIONAL FORFEITED PROPERTY

339 Unknown Unknown Rifle caliber 22 serial number none
340 Mossberg 183DA Shotgun caliber 410 serial number none
341 Stevens Arms Crack Shot Rifle caliber 22 serial number Y368
342 Winchester 94 Rifle caliber 32 serial number 2400519
343 Winchester 94 Rifle caliber 30 serial number L300945
344 Winchester 1400 MKII Shotgun caliber 20 serial number 409609
345 Savage 99F Rifle caliber 308 serial number 1079386
346 Mossberg 352KB Rifle caliber 22 serial number none
347 Winchester 94 Rifle caliber 30-30 serial number 1736965
348 Stevens Arms Little Scout Rifle caliber 22 serial number none
349 Mossberg 83 Shotgun caliber 410 serial number none
350 Winchester 1200 Shotgun caliber 12 serial number 196974
351 Savage 940 Shotgun caliber 16 serial number P759138
352 Stevens Arms Unknown Rifle caliber 22 serial number K72
353 Harrington and Richardson 158 Shotgun caliber 12 serial number AH308959
354 Savage Unknown Rifle caliber 22 serial number 50074
355 Stevens Arms Springfield Shotgun caliber 12 serial number none
356 Savage 340D Rifle caliber 222 serial number 178913
357 Savage 940 Shotgun caliber 16 serial number none
358 Browning Medallion Rifle caliber 30-06 serial number 01499PP217
359 Mossberg 26B Rifle caliber 22 serial number none
360 Savage 62 Rifle caliber 22 serial number 2737468
361 Sears 101 Shotgun caliber 16 serial number none
362 Savage 110 Rifle caliber 30-06 serial number 128911
363 Savage 6A Rifle caliber 22 serial number none
364 Savage 170 Rifle caliber 30-30 serial number A952798
365 Harrington and Richardson Topper 98 Shotgun caliber 16 serial number HG402714
366 Remington Arms Company, Inc. 700 LH Rifle caliber 30-06 serial number E6424211
367 Browning Invector Shotgun caliber .410 serial number 13082MP121
368 Ruger 10/22 Rifle caliber 22 serial number 0018-79188
369 Gibb's Rifle Co. Inc. (Martinsburg, WV) Midland Backpack Rifle caliber 410 serial
number 17MBD00279
370 Remington Arms Company, Inc. 72 Rifle caliber Z57 serial number 291190
371 Mossberg 260 Rifle caliber 22 serial number none
372 Remington Arms Company, Inc. Unknown Shotgun caliber 12 serial number U72108
373 Winchester 1400 Shotgun caliber 12 serial number N665474
374 Stevens 240 Shotgun caliber 410 serial number none
375 Winchester 270 Rifle caliber 22 serial number 131359
376 Ted Williams 200 Shotgun caliber unknown serial number P351122
377 Mossberg 352KC Rifle caliber 22 serial number none
378 Remington Arms Company, Inc. 341 Rifle caliber 22 serial number none
379 Savage 99 Rifle caliber 303 serial number 277562
380 Winchester 37 Shotgun caliber 12 serial number none
381 Winchester 100 Rifle caliber 308 serial number 44169
382 Mossberg 151K Rifle caliber 22 serial number none
383 J. C. Higgins 583-1101 Shotgun caliber 20 serial number none
384 Savage 1899 Rifle caliber 30-30 serial number 107917
385 Mossberg 3510 Rifle caliber 22 serial number none
386 Lewis Arms Company 50 Rifle caliber 22 serial number none
387 Savage Stevens 770 Shotgun caliber 16 serial number none
388 Ithaca Gun Co. 37 Shotgun caliber 12 serial number 371363701
389 Unknown Unknown Rifle caliber 22 serial number none
390 Mossberg 385KB Shotgun caliber 20 serial number 495576
391 Mossberg 195 Shotgun caliber 12 serial number none
392 Winchester 12 Shotgun caliber 16 serial number 1310570

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
　　　　　　　　　　　Sheet 6B — Schedule of Payments

Judgment—Page   14   of   17

DEFENDANT:　　　　Reuben King
CASE NUMBER:　　　22-cr-215

# ADDITIONAL FORFEITED PROPERTY

393 Mossberg 190 Shotgun caliber 16 serial number none
394 Winchester 60A Rifle caliber 22 serial number none
395 Winchester Unknown Rifle caliber 351 serial number 42383
396 Savage 63 Rifle caliber 22 serial number none
397 Winchester Unknown Rifle caliber 22 serial number none
398 Savage Stevens 258A Shotgun caliber 20 serial number none
399 Winchester 94 Rifle caliber 30-30 serial number 2196176
400 Winchester 67 Rifle caliber 22 serial number none
401 Mossberg 395KA Shotgun caliber 12 serial number none
402 Winchester Unknown Shotgun caliber 12 serial number 984396
403 Mossberg 185D Shotgun caliber 20 serial number none
404 Savage 99 Rifle caliber unknown serial number 310147
405 Mossberg 195KA Shotgun caliber 12 serial number none
406 JC Higgins 583 Shotgun caliber 12 serial number none
407 Noble Mfg. Co. 66J Shotgun caliber 12 serial number none
408 Mossberg 144 Rifle caliber 22 serial number none
409 Remington Arms Company, Inc. 11-87 Shotgun caliber 12 serial number PC231378
410 Mossberg 85D Shotgun caliber 20 serial number none
411 Savage 110CL Rifle caliber 243 serial number A668037
412 Mossberg 190 Shotgun caliber 16 serial number none
413 Winchester 37 Shotgun caliber 16 serial number none
414 Savage 250-3000 Rifle caliber unknown serial number 405080
415 Winchester 94 CENTENNIAL Rifle caliber 30-30 serial number 87721
416 Savage Axis Rifle caliber 243 serial number K168344
417 Mossberg 44 Rifle caliber 22 serial number none
418 Mossberg 835 Shotgun caliber 12 serial number UM0016577
419 Savage 24 Rifle caliber 22/410 serial number none
420 Marlin Firearms Co. 336 Rifle caliber 30-30 serial number 22004552
421 Boito/ER Amantino/IGA Unknown Shotgun caliber 20 serial number 13351
422 Ruger 10/22 Rifle caliber 22 serial number 113-51171
423 Harrington and Richardson 058 Rifle caliber 30-30 serial number AM387239
424 Enfield NO4MK1/3 Rifle caliber unknown serial number 732-4953918
425 Marlin Firearms Co. 30AS Rifle caliber 30-30 serial number 15054205
426 Winchester 24 Shotgun caliber 12 serial number 19356
427 Savage 93R17 Rifle caliber 17 serial number 0701762
428 Kessler Arms Corporation 30 Shotgun caliber 12 serial number none
429 Harrington and Richardson Unknown Shotgun caliber unknown serial number 3865
430 Revelation (Western Auto) 310B Shotgun caliber 16 serial number none
431 Winchester Win-Lite Shotgun caliber 12 serial number 1322
432 Savage STEVENS 5100 Shotgun caliber 16 serial number none
433 Winchester 1300 RANGER Shotgun caliber 20 serial number L2241691
434 Mossberg 183D Rifle caliber 410 serial number none
435 Savage 1899 Rifle caliber 303 serial number 246648
436 Savage 24V Series D Combination Gun caliber 222/20 serial number E166494
437 Mossberg 26B Rifle caliber 22 serial number none
438 Sears/JC Higgins 46 Rifle caliber 22 serial number none
439 Mossberg 500A Shotgun caliber 12 serial number none
440 Winchester 71 Rifle caliber 348 serial number 34050
441 Stevens Arms 66C Rifle caliber unknown serial number none
442 Stevens 94 Rifle caliber 410 serial number none
443 Preduzfce 98 Rifle caliber unknown serial number E6308
444 Wards Western Field 46B Rifle caliber 22 serial number none
445 Mossberg 352KB Rifle caliber 22 serial number none
446 Steven Arms 311 Shotgun caliber 20 serial number none

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 6B — Schedule of Payments

Judgment—Page ___15___ of ___17___

DEFENDANT:        Reuben King
CASE NUMBER:      22-cr-215

## ADDITIONAL FORFEITED PROPERTY

447 Hembrug 1905 Rifle caliber unknown serial number 4161D
448 Mossberg 346KC Rifle caliber 22 serial number 346200
449 Harrington and Richardson 120 Shotgun caliber 16 serial number none
450 Ranger 105-20 Shotgun caliber 16 serial number none
451 Mossberg 85B Shotgun caliber 20 serial number none
452 J. Steven Arms 240 Shotgun caliber 410 serial number none
453 Mossberg 142A Rifle caliber 22 serial number none
454 Savage B Shotgun caliber 20 serial number A631644
455 Mossberg 290A Shotgun caliber 16 serial number none
456 Marlin Firearms Co. Unknown Rifle caliber 22 serial number none
457 Winchester 77 Rifle caliber 22 serial number none
458 Remington Arms Company, Inc. 41 Rifle caliber 22 serial number none
459 Mossberg 85 Shotgun caliber 20 serial number none
460 Marlin Firearms Co. 336 Rifle caliber 30-30 serial number 25182534
461 Mossberg 390KA Shotgun caliber 16 serial number none
462 Unknown Enders Special Service Shotgun caliber 20 serial number 18618
463 Winchester 3T Rifle caliber 22 serial number R213627
464 Hoban Target Rifle caliber 22 serial number none
465 Winchester 94 Rifle caliber 30-30 serial number 2257128
466 Winchester 77 Rifle caliber 22 serial number 19839
467 J.C. Higgins 583 Shotgun caliber 12 serial number none
468 Mossberg 342KA Rifle caliber 22 serial number none
469 Mossberg 340M Rifle caliber 22 serial number none
470 Mossberg 342K Rifle caliber 22 serial number none
471 Mossberg 695 Shotgun caliber 12 serial number M152273
472 Mossberg 185KA Shotgun caliber 20 serial number none
473 Mossberg 342KA Rifle caliber 22 serial number none
474 Unknown Unknown Shotgun caliber 12 serial number 536544
475 Mossberg 695 Shotgun caliber 12 serial number M006326
476 New England Firearms Unknown Rifle caliber 30-30 serial number NM335822
477 Westernfield M895 Rifle caliber 22 serial number none
478 Keystone Sporting Arms Unknown Shotgun caliber 12 serial number A466985
479 Savage 67E Shotgun caliber 410 serial number E574737
480 Savage Axis Rifle caliber 350 serial number P232384
481 Savage Axis Rifle caliber 350 serial number P232398
482 Savage Axis Rifle caliber 350 serial number P232414
483 Savage Axis Rifle caliber 350 serial number P232424
484 Savage Axis Rifle caliber 350 serial number P232412
485 Savage Axis Rifle caliber 350 serial number P257564
486 Savage Axis Rifle caliber 350 serial number P260069
487 Savage Axis Rifle caliber 350 serial number P257569
488 Savage Axis Rifle caliber 350 serial number P196195
489 Savage Axis Rifle caliber 350 serial number P232381
490 Savage Axis Rifle caliber 350 serial number P232409
491 Savage Axis Rifle caliber 350 serial number P232418
492 Raptor Arms Co., Inc. Unknown Rifle caliber unknown serial number 8726
493 Savage B Shotgun caliber 12 serial number none
494 Remington Arms Company, Inc. 700 Rifle caliber 65 serial number RR19809L
495 Smith & Wesson T/C Arms Compass II Rifle caliber 6.5 serial number TJJ4146
496 Savage 940 Shotgun caliber 20 serial number P529142
497 Savage 24 Combination Gun caliber 22/410 serial number none
498 Winchester Ranger Rifle caliber 30-30 serial number 5606927
499 Savage 840E Rifle caliber 30-30 serial number A427677
500 Mossberg Patriot Rifle caliber 65 serial number MPR0270360
501 Mossberg Patriot Rifle caliber 7-08 serial number MPR0341611
502 Savage Axis Rifle caliber 25-06 serial number H480962
503 Marlin Firearms Co. X7 Rifle caliber 308 serial number MM44630S
504 Sears 45 Rifle caliber 35 serial number Z31656

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
Sheet 6B — Schedule of Payments

Judgment—Page   16   of   17

DEFENDANT:      Reuben King
CASE NUMBER:    22-cr-215

## ADDITIONAL FORFEITED PROPERTY

505 Unknown Unknown Rifle caliber 22 serial number 3662
506 Unknown Unknown Rifle caliber 222 serial number none
507 Mossberg 320B Rifle caliber 22 serial number none
508 New England Firearms Pardner Shotgun caliber 410 serial number NH521711
509 Mossberg 500A1 Shotgun caliber 12 serial number L905745
510 Remington Arms Company, Inc. 581 Rifle caliber 22 serial number 1039357
511 Ruger American Rifle caliber 450 serial number 690857852
512 Turkey Unknown Shotgun caliber 410 serial number 14 0143
513 Remington Arms Company, Inc. 870 Shotgun caliber 28 serial number A902717J
514 Harrington and Richardson 490 Shotgun caliber 20 serial number AL231043
515 Harrington and Richardson 158 Shotgun caliber 20 serial number AL222736
516 Ruger 10/22 Rifle caliber 22 serial number 0013-00253
517 Winchester 370 Shotgun caliber 12 serial number 097611
518 Davenport, W.H., Firearms CO. Unknown Shotgun caliber 12 serial number none
519 Savage Rascal Rifle caliber 22 serial number 2566628
520 Marlin Firearms Co. 90 Shotgun caliber 16 serial number G1819
521 Tikka - (Oy Tikkakoski Ab) T3 Rifle caliber 30-06 serial number A69258
522 Taurus International Circuit Judge Rifle caliber 45/410 serial number FR6015
523 Lefever Nitro Special Shotgun caliber 12 serial number 195575
524 Unknown Unknown Shotgun caliber unknown serial number 371534700
525 Unknown Unknown Unknown caliber unknown serial number 38306
526 Boito/ER Amantino/IGA Uplander Shotgun caliber 28 serial number S74161-07
527 Marlin Firearms Co. 336 Rifle caliber 30-30 serial number 69131171
528 Mossberg 46M Rifle caliber 22 serial number none
529 Ted Williams 100 Rifle caliber 30-30 serial number V116249
530 Unknown 98 Rifle caliber unknown serial number none
531 Marlin Firearms Co. 336 Rifle caliber 35 serial number J32862
532 New England Firearms Pardner Shotgun caliber 10 serial number NK447338
533 Carcano 1939 Rifle caliber 7.35 serial number V7821
534 Remington Arms Company, Inc. 760 Rifle caliber 280 serial number 358204
535 New England Firearms Pardner Shotgun caliber 12 serial number NU213757
536 Mossberg 800B Rifle caliber 243 serial number 8813
537 Savage Axis Rifle caliber 350 serial number P232389
538 Savage Axis Rifle caliber 350 serial number P198514
539 Savage Axis Rifle caliber 350 serial number P232387
540 Savage Axis Rifle caliber 350 serial number P196185
541 Savage Axis Rifle caliber 350 serial number P196202
542 Savage Axis Rifle caliber 350 serial number P232420
543 Savage Axis Rifle caliber 350 serial number P232401
544 Savage Axis Rifle caliber 350 serial number P232422
545 Savage Axis Rifle caliber 350 serial number P232428
546 Savage Axis Rifle caliber 350 serial number P196189
547 Savage Axis Rifle caliber 350 serial number P232416
548 Savage Axis Rifle caliber 350 serial number P232426
549 Savage Axis Rifle caliber 350 serial number P232430
550 Savage Axis Rifle caliber 350 serial number P196192
551 Remington Arms Company, Inc. 700 Rifle caliber 30-06 serial number C6303390
552 Marlin Firearms Co. Unknown Rifle caliber 22 serial number none
553 Connecticut Valley Arms (BP Firearms LLC) Unknown Rifle caliber unknown serial number 610601384611
554 Unknown Unknown Rifle caliber 7x57 serial number 8841
555 Savage 220 Shotgun caliber 20 serial number H378716
556 Mossberg 500 Shotgun caliber 20 serial number V0310662
557 Carcano 1819 Rifle caliber 6.5 serial number IK9005
558 Angelo Zoli VT Italy Shotgun caliber 12 serial number 102841
559 Savage 22 Combination Gun caliber 410 serial number none
560 Mossberg Patriot Rifle caliber 243 serial number MPR0340962

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 6B — Schedule of Payments

Judgment—Page __17__ of __17__

DEFENDANT:          Reuben King
CASE NUMBER:        22-cr-215

# ADDITIONAL FORFEITED PROPERTY

561 Brescia Armas 1919 Rifle caliber unknown serial number BI2958
562 Harrington and Richardson 158 Rifle caliber 30-30 serial number 19645
563 Marlin Firearms Co. 336 Rifle caliber 30-30 serial number 20025998
564 Keystone Sporting Arms Unknown Rifle caliber unknown serial number 18781
565 Mossberg 679 Rifle caliber 30-30 serial number 1222921
566 Savage Axis Rifle caliber 270 serial number K606706
567 Weatherby VANGUARD VGX Rifle caliber 270 serial number VX045J0
568 Smith & Wesson T/C Arms Venture Rifle caliber 270 serial number U297106
569 Hunter Arms Co. LC Smith Shotgun caliber 12 serial number FWS37538
570 Ruger American Rifle caliber 243 serial number 690487622
571 Marlin Firearms Co. 336 Rifle caliber 30-30 serial number 7091694
572 Remington Arms Company, Inc. 700 Rifle caliber 22-250 serial number 6834520
573 Ruger American Rifle caliber 65 serial number 691004006
574 JC Higgins 10-17 Shotgun caliber 16 serial number none
575 Stevens 22-410 Combination Gun caliber 22/410 serial number none
576 Ruger 10/22 Rifle caliber 22 serial number 82160870
577 Unknown 6.5x55 Swede Rifle caliber unknown serial number none
578 Winchester 37 Shotgun caliber 16 serial number none
579 New England Firearms Handi Rifle caliber 243 serial number NW202720
580 Parker Bros. Makers Inc. 602 Rifle caliber 7 serial number P61554
581 Savage BMAG Rifle caliber 17 serial number J238107
582 Silver Eagle Stalker Shotgun caliber 410 serial number 18.0425
583 Silver Eagle Stalker Shotgun caliber 410 serial number 17.0409
584 Silver Eagle Stalker Shotgun caliber 410 serial number 17.0080
585 Silver Eagle Stalker Shotgun caliber 410 serial number 18.0079
586 Silver Eagle Stalker Shotgun caliber 410 serial number 18.0148
587 Silver Eagle Stalker Shotgun caliber 410 serial number 18.0402
588 Silver Eagle Stalker Shotgun caliber 410 serial number 18.0891
589 Silver Eagle Stalker Shotgun caliber 410 serial number 17.0481
590 Silver Eagle Stalker Shotgun caliber 410 serial number 18.0725C
591 Silver Eagle Stalker Shotgun caliber 410 serial number 17.0200
592 Silver Eagle Stalker Shotgun caliber 410 serial number 15.0204
593 Silver Eagle Stalker Shotgun caliber 410 serial number 18.4460
594 Silver Eagle Stalker Shotgun caliber 410 serial number 184439
595 Gibb's Rifle Co. Inc. (Martinsburg, WV) Midland Backpack Shotgun caliber 410 serial number 18MBD01851
596 Silver Eagle Stalker Shotgun caliber 20 serial number 17Y293
597 Silver Eagle Stalker Shotgun caliber 410 serial number 150138
598 Huglu Cooperative Silver Eagle Stalker Shotgun caliber 20 serial number 17Y104
599 Smith & Wesson T/C Arms Venture Rifle caliber 7 serial number U204548
600 Remington Arms Company, Inc. 700 Rifle caliber 22-250 serial number G6681861
601 Savage Axis Rifle caliber 243 serial number N891945
602 Remington Arms Company, Inc. 31L Shotgun caliber 20 serial number 582540
603 Remington Arms Company, Inc. 11-48 Shotgun caliber 28 serial number 4007963
604 Remington Arms Company, Inc. 770 Rifle caliber 300 serial number H70019457
605 Remington Arms Company, Inc. 870 Shotgun caliber 16 serial number 557716W
606 Remington Arms Company, Inc. 870 Shotgun caliber 20 serial number T105360X
607 Marlin Firearms Co. 60SS Rifle caliber 22 serial number 06273999
608 Remington Arms Company, Inc. 11-48 Shotgun caliber 16 serial number 5536341
609 Marlin Firearms Co. 336CS Rifle caliber 30-30 serial number 14022229