# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **DOCKET NO.** 22-CR-215 |
| Plaintiff, | : | |
| vs. | : | |
| RUEBEN KING | : | |
| Defendant. | : | |

# **NOTICE OF APPEAL**

NOTICE is hereby given that Defendant Rueben King appeals to the United States Court of Appeals for the Third Circuit from the from the Judgment and subsequent Order of Forfeiture attached thereto (Dkt. 80, pp.6-17).  Additionally, defendant appeals the Order of July 31, 2023, denying defendant's motion to vacate (Dkt. 64).

Appellant is represented by:

Robert E. Barnes
Barnes Law, LLP
700 S. Flower St., Ste. 1000
Los Angeles, CA 90017
Tel: (310) 510-6211/ Fax: (310) 510-6225
E-mail: robertbarnes@barneslawllp.com

Prosecution is represented by:

Joseph A. Labar
United States Attorney's Office
615 Chestnut Street
Suite 1250
Philadelphia, PA 19106-4476
215-861-8516
Email: joseph.labar@usdoj.gov

DATED: February 1, 2024

                                      By:    /s/ Robert E. Barnes
                                                Robert E. Barnes
                                                Counsel for Rueben King

                                                Barnes Law, LLP
                                                700 S. Flower St., Ste. 1000
                                                Los Angeles, CA 90017
                                                Tel: (310) 510-6211/ Fax: (310) 510-6225
                                                E-mail: robertbarnes@barneslawllp.com