UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 24-1198

United States of America

v.

Reuben King,
         Appellant

(E.D. Pa. No. 5:22-cr-00215-001)

Present: KRAUSE, PORTER and ROTH, Circuit Judges

1. Motion to Withdraw Case pursuant to Fed. R. App. P. 42(b) filed by Appellant Reuben King without costs.

                              Respectfully,
                              Clerk/pdb

_____ORDER_____
The foregoing motion is GRANTED.

                              By the Court,

                              s/ Cheryl Ann Krause
                              Circuit Judge

Dated: February 11, 2025
PDB/cc: All Counsel of Record

A True Copy:

*Patricia A. Dodszuweit*
Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate