**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No 5:22-cr-00215 |
| | : | |
| REUBEN KING | : | |

**O R D E R**

**AND NOW,** this 24th day of July, 2026, for the reasons stated in the Opinion issued this date, **IT IS ORDERED THAT**:

1.    The United States Probation Office's Request for early termination of the Defendant's probation is **DENIED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge